UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff

vs                                              Case No: 09-10454
                                              Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff,

vs

FREDERICK WEIDINGER,

    Counter-Defendant.

_____/

## ORDER

On July 1, 2009, the Court held a Scheduling Conference. Attending were Mary Deon and James Vande Wyndearde representing Plaintiff Braintech and Counter-Defendant Weidinger and James Murphy representing Defendant/Counter Plaintiff Shafi.

Based on the discussion held, Plaintiff/Counter-Defendant's and Third Party Defendant's Motion to Dismiss (Doc. #14) is deemed WITHDRAWN. However, Third Party Plaintiff is to file an Amended Complaint by July 22, 2009, which makes clear Mr. Weidinger is not being sued for breach of contract and which pleads with more particularity, fraud and claims under the Michigan Uniform Securities Act and The Exchange Act.

Plaintiff/Counter-Defendant and Third party Defendant are cautioned not to file motions styled as FRCP 12(b)(6) motions, which rely on documents outside of the pleadings and which require the Court to resolve genuine issues of fact, while discovery is ongoing.

**IT IS ORDERED.**

        /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 6, 2009

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 6, 2009.

s/Linda Vertriest
Deputy Clerk