MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRAINTECH INC.,

        Plaintiff(s),        Case Number: 09-10454

v.        Honorable Victoria A. Roberts

ADIL SHAFI,        Magistrate Judge Virginia M. Morgan

        Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Virginia M. Morgan for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (B)(1)(A)) on:**
Plaintiff's Motion to Compel Discovery filed 12/18/09

DATED:   12/22/09        S/Victoria A. Roberts
        Victoria A. Roberts
        United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon attorneys of record and Magistrate Judge Morgan on the above date by electronic filing.

        S/Carol A. Pinegar
        Deputy Clerk