# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRAINTECH, INC.,
           Plaintiff and Counter-defendant

                                     Case Number: 09-10454

v.

                                     VICTORIA A. ROBERTS
ADIL SHAFI                              UNITED STATES DISTRICT JUDGE
           Defendant and Counter-claimant

v.                                      VIRGINIA M. MORGAN
                                     UNITED STATES MAGISTRATE JUDGE

FREDERICK WEIDINGER

           Counter-Defendant.

_____  /

## ORDER DENYING MOTION TO COMPEL DISCOVERY

This matter is before the court on the Motion to Compel Discovery (#22) filed by

Braintech and Weidinger.  Oral argument was held before the magistrate judge.  For the reasons

stated on the record, IT IS ORDERED AS FOLLOWS:

1.  Counsel have agreed between themselves as to a plan for production of documents

which will be completed no later than January 18, 2010.

2.  With respect to Interrogatory #8, Shafi adopts his response as set forth in the joint list

of unresolved issues and agrees to supplement/amend the previous response to reflect the same.

The request to compel further response is denied.

3.  With respect to Interrogatory #9, Shafi adopts his response as set forth in the joint list

of unresolved issues and agrees to supplement/amend the previous response to reflect the same.

The request to compel further response is denied.

4.  With respect to Interrogatories 10, 11, and 12: Shafi represents that no one beside Weidinger represented relevant matters on behalf of Braintech.  The request to compel further response is denied.

5.  With respect to Interrogatory 14, Shafi adopts his response as set forth in the joint list of unresolved issues and agrees to supplement/amend the previous response to reflect the same. The request to compel further response is denied.

6.  With respect to Interrogatory 15, Shafi adopts his response as set forth in the joint list of unresolved issues and agrees to supplement/amend the previous response to reflect the same. The request to compel further response is denied.

NO COSTS TO EITHER SIDE.

SO ORDERED.


S/Virginia M. Morgan
Virginia M. Morgan
United States Magistrate Judge

Dated: January 13, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System and/or U. S. Mail on January 13, 2010.

s/Jane Johnson
Case Manager to
Magistrate Judge Virginia M. Morgan