# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Braintech, Inc.,
        Plaintiff/Counter-Defendant

v.

Adil Shafi,,
        Defendant/Counter Plaintiff/
        Third Party Plaintiff.

v.

Frederick Weidinger,
        Third Party Defendant.
_____/

CASE NUMBER: 09-10454

HON. VICTORIA A. ROBERTS

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable Victoria A. Roberts, United States District Judge for the above proceeding on **MONDAY, APRIL 5, 2009 AT 9:00 A.M.**, in Room 110, Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226. The following motion(s) are scheduled for hearing:

- Pepper Hamilton's Motion to Withdraw as Counsel of Record for Braintech, Inc. and Frederick Weidinger, filed 3/8/10.

Frederick Weidinger is ordered to appear at the hearing. If Mr. Weidinger is not the representative who has full and final decision making authority for Braintech, Inc., the person who has full and final authority, must also appear.

_____

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to all counsel of record on this date March 17, 2010 by electronic filing.

Date: March 17, 2010                        /s/ Linda Vertriest
                                                    Deputy Clerk        (313) 234-5230