UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff,

vs                                                  Case No: 09-10454
                                                 Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff/
    Third Part Plaintiff,

v

Frederick Weininger,

    Third Party Defendant.
_____/

## ORDER

On April 6, 2010, the Court held a telephone conference on Pepper Hamilton's Motion to Withdraw as Counsel for Braintech and Frederick Weidinger (Doc. # 27). Attending were James VandeWyngearde representing Braintech and Weidinger, and J.P. Murphy representing Defendant Shafi.  Also attending were Jeffrey Greeves, Mr. Weidinger's personal attorney and David Parker, corporate counsel for Braintech. Messrs. Greeves and Parker have not filed appearances.

Based on the discussion held, the Court orders the following:

1.    The motion hearing set for April 12, 2010 is cancelled;

2.    This matter is stayed until May 21, 2010 to allow Braintech and Frederick Weidinger time to find new counsel; and

3.    A Telephone Conference is set for May 17, 2010 at 2:30 pm.  The Court

will initiate the call.

Counsel are reminded that a corporation must have counsel appear on its behalf or face default [or dismissal], since a corporation cannot appear otherwise than through an attorney in federal Court.  See, *U.S. v 9.19 Acres of Lane, More or Less, In Marquette County,* 416 F.2d 1244 (6th Cir 1969).

**IT IS ORDERED**.

/s/ Victoria A. Roberts<br>
Victoria A. Roberts<br>
United States District Judge

Dated:  April 7, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 7, 2010.

s/Linda Vertriest
Deputy Clerk

---