UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant,

vs                                                        Case No: 09-10454
                                                             Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

vs

FREDERICK WEIDINGER AND
BRAINTECH, INC.,

    Third-Party Defendant/Counter-Defendant.

_____/

## ORDER

On Tuesday, May 18, 2010, the Court held a conference call on Pepper Hamilton's Emergency Motion to Withdraw as Counsel of Record for Braintech and Frederick Weidinger (Doc. # 27). In connection with that Motion, filed on March 8, 2010, the Court entered an Order staying this case until May 21st, to allow Braintech and Frederick Weidinger time to find new counsel.

In the conference call held on May 18th, Susan Koval and Anne Widlack appeared and said they were entering an appearance for Braintech, but only to defend Braintech on the Second Amended Counterclaim. Mr. Geoffrey Greeves appeared to say he would file an appearance on behalf of Frederick Weidinger. Mr. J.P. Murphy

1

appeared for Adil Shafi.  David Parker appeared to say he was no longer corporation counsel for Braintech.  James VandeWyndearde appeared as well.

Based on the discussion held, Pepper Hamilton's motion is **GRANTED**.  Further, if counsel has not filed an appearance on behalf of Braintech on or before May 21, 2010, to represent it as Plaintiff in this action, Braintech's Complaint will be DISMISSED.  Braintech has been on notice since Pepper Hamilton filed its motion in March, and again when this Court entered its Order on April 7th, that it would need to find replacement counsel.

**IT IS ORDERED.**

      /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  May 19, 2010

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 19, 2010.<br><br>s/Linda Vertriest<br>Deputy Clerk |