IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| BRAINTECH, INC., | |
| Plaintiff/Counter-Defendant, | Case No. 09-10454 |
| v. | Honorable Victoria A. Roberts |
| ADIL SHAFI, | |
| Defendant/Counter-Plaintiff, | |
| v. | |
| FREDERICK WEIDINGER, *et al.* | |
| Third Party Defendant. | |

## NOTICE OF APPEARANCE OF COUNSEL

THE CLERK OF THE COURT AND ALL COUNSEL will please note my appearance on behalf of Third Party Defendant Frederick Weidinger in the above-captioned matter.

Respectfully submitted,

Dated: March 11, 2010

/s/ Geoffrey J. Greeves
Geoffrey J. Greeves
Geoffrey.greeves@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: 202-663-8000
Facsimile: 202-663-8007

*Counsel for Third Party Defendant*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2010, a copy of the foregoing Notice of Appearance was filed through the Court's electronic filing system (ECF) and that such filing was served electronically by the ECF system on all counsel of record at the email addresses disclosed on the Notice of Electronic Filing receipt.

      /s/ Geoffrey J. Greeves
      Geoffrey J. Greeves
      Geoffrey.greeves@pillsburylaw.com
      PILLSBURY WINTHROP SHAW PITTMAN LLP
      2300 N Street, N.W.
      Washington, D.C. 20037
      Telephone:  202-663-8000
      Facsimile:  202-663-8007
      Attorney for Third Party Defendant