UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant.

vs                                               Case No: 09-10454
                                                Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff,

vs

FREDERICK WEIDINGER
AND BRAINTECH, INC.,

    Third Party Defendant/Counter-Defendant.
_____/

## ORDER OF DISMISSAL

This Court entered an Order on April 7, 2010 and again on May 19, 2010, notifying Plaintiff Braintech that as a corporation it could not appear in Federal Court without an attorney. The Court gave Braintech until May 21, 2010 for counsel to file an appearance. No counsel had filed an appearance.

Accordingly, Plaintiff's Complaint is dismissed.

The case will proceed on Counter-Plaintiff/Third-Party Plaintiff Shafi's claim against Counter-Defendant/Third-Party Defendants Weidinger and Braintech.

The Court set a Status Conference - via telephone on June 9, 2010 at 4:30 pm. The Court will initiate the conference call.

1

**IT IS ORDERED.**

          S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 3, 2010

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 3, 2010.<br><br>s/Linda Vertriest<br>Deputy Clerk |