UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Adil Shafi

    Counter-Plaintiff

vs                                              Case No: 09-10454
                                                    Victoria A. Roberts

Braintech Inc., and
Frederick Weidenger,

    Counter-Defendants.
_____/

## **ORDER**

On June 15, 2010, the Court held a Status Conference. Attending were James Murphy representing Shafi; Anne Widlak and Susan Koval representing Braintech and Geoffrey Greeves representing Weidinger.

Based on the discussion held, the following is ordered:

1. Counsel for Braintech is to provide the CHUBB policy insuring Braintech to counsel for Adit Shafi, under a protective order, as soon as possible.

2. Discovery is reopened for a limited period of time. The depositions that can be taken are of the following:

    Frederick Weidinger

    Adit Shafi

    Jim Dara

    Remus Bocca

    Ted White

1

    3. The depositions of Messrs. Weidinger and Shafi must be taken within the next 45 days. The Court will hold a telephone conference on August 9, 2010 at 10:00 am to discuss the status of the case before further depositions are taken. The Court will initiate the conference call.

    4. Mr. Weidinger can be deposed as a FRCP 30(b)(6) witness, with the understanding that he may not have all of the information needed by Plaintiff, in which case Mr. Murphy can request another 30(b)(6) witness. However, Mr. Weidinger is to be deposed only one time, in his capacity as both a 30(b)(6) witness and as a defendant.

    **IT IS ORDERED**.

                                           /s/ Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge

Dated: June 15, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 15, 2010.

s/Linda Vertriest
Deputy Clerk

---