UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Braintech, Inc.

    Plaintiff/Counter-Defendant,

vs                                                                  Case No: 09-10454
                                                                   Honorable Victoria A. Roberts

Adil Shafi,

    Defendant/Counter-Plaintiff,

vs

Frederick Weidinger,

    Counter-Defendant.

_____/

**NOTICE OF TELEPHONE CONFERENCE ON PENDING MOTION**

RE:    Defendant Shafi's Motion to Compel Discovery or Alternatively, for An Extension of Discovery for the Purpose of Taking the Deposition of Frederick Weidinger

       The Court received the above motion. The moving party of the motion must immediately contact other counsel of record to find a convenient time within the next three (3) days to hold a telephone conference with the Court.  After checking schedules, the moving party must contact my secretary, Linda Vertriest, to arrange a conference.  After this telephone conference, the Court will determine the necessity for more formal consideration of the motion.

       This notice is not intended to prompt either a written response to this motion or the filing of additional motions by any party.  If time permits, the Court will discuss other issues during the telephone conference.

                                                         /s/ Victoria A. Roberts
                                                         Victoria A. Roberts
Dated: July 21, 2010                           United States District Court Judge

_____

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was served upon all counsel of record on the above date by electronic filing or fax.

                                                                   /s/ Linda Vertriest