UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter- Plaintiff,

v.                                                                              Case No. 09-10454

BRAINTECH INC., and                                           Honorable Victoria A. Roberts
FREDERICK WEIDINGER, an individual,

    Counter-Defendant.
_____/

## STIPULATED ORDER REGARDING SCHEDULING ORDER
## DATED JUNE 15, 2010

On June 15, 2010, the Court held a Status Conference. Attending were James Murphy representing Shafi; Anne Widlak and Susan Koval representing Braintech and Geoffrey Greeves representing Weidinger. As a result, the Court issued an order addressing scheduling and discovery. For a variety of reasons, the parties were unable to complete deposition scheduling within 45 days as ordered by the Court. Shafi subsequently filed a Motion to Compel Discovery (Docket No. 38). The parties have conferred in good faith and have resolved the scheduling and discovery issues as follows:

    1.    Adil Shafi's deposition will proceed on July 29, 2010 and will continue to July 30, 2010, if necessary, for a total period of 1.5 days (10 hours).

    2.    Frederick Weidinger's deposition will take place on September 13, 2010 and will continue to September 14, 2010, if necessary, for a total period of 1.5 days (10 hours).

3. The parties request the Court adjourn the status conference set for July 30, 2010 and postpone the status conference set for August 9, 2010 to September 15, 2010 or thereafter.

4. The parties will confer in good faith as to any other depositions.

5. The other provisions of the June 15, 2010 order continue to apply.

6. Shafi's Motion to Compel Discovery is withdrawn.

I hereby consent to the entry of this Order:

 /s/James P. Murphy                         /s/Susan D. Koval
JAMES P. MURPHY (P36728)         SUSAN D. KOVAL (P59297)
Attorneys for Adil Shafi                    Attorneys for Braintech


 /s/Geoffrey J. Greeves                    /s/Anne Bagno Widlak
GEOFFREY J. GREEVES                  ANNE BAGNO WIDLAK (P35763)
Attorneys for Frederick Weidinger      Attorneys for Braintech



IT IS SO ORDERED.

   /s/ Victoria A. Roberts
United States District Judge


Dated:  7/29/10

2