UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs                                                      Case No: 09-10454
                                                        Honorable Victoria A. Roberts

BRAINTECH INC., and
FREDERICK WEIDINGER, an
individual,

    Counter-Defendants.
_____/

## ORDER

On September 15, 2010, the Court held a status telephone conference. Attending were James Murphy representing Adil Shafi, Susan Koval representing Braintech and Geoffrey Greeves representing Frederick Weidinger.

Based on the conversation, the Court orders that the deposition of Adil Shafi will be continued in Michigan, not to exceed 4 hours.

**IT IS ORDERED.**

                                                        /s/ Victoria A. Roberts
                                                        Victoria A. Roberts
                                                        United States District Judge

Dated: September 17, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 17, 2010.

s/Linda Vertriest
Deputy Clerk