UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant,

Case No: 09-10454
Hon. Victoria A. Roberts

vs

ADIL SHAFI,

    Defendant/Counter-Plaintiff,

vs

FREDERICK WEIDINGER,

    Counterclaim Defendant.
_____/

## ORDER TO STRIKE

The following documents were filed without the judge's signature and are STRICKEN:

    Letters Rogatory [dkt 44] filed 10/12/10
    Letters Rogatory [dkt 45] filed 10/12/10
    Letters Rogatory [dkt 46] filed 10/12/10
    Letters Rogatory [dkt 47] filed 10/12/10
    Letters Rogatory [dkt 48] filed 10/12/10

    IT IS ORDERED.

    s/Victoria A. Roberts
    Victoria A. Roberts
    United States District Judge

Dated:  October 12, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 12, 2010.

s/Carol A. Pinegar
Deputy Clerk