UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter- Plaintiff,

v.                                                                    Case No. 09-10454

BRAINTECH INC., and                                     Honorable Victoria A. Roberts
FREDERICK WEIDINGER, an individual,

    Counter-Defendant.
_____/

## STIPULATED ORDER REGARDING ISSUANCE OF LETTERS ROGATORY

On September 15, 2010, the Court held a Status Conference. Attending were James Murphy representing Shafi; Susan Koval representing Braintech and Geoffrey Greeves representing Weidinger. Following the status conference, Mr. Murphy circulated a proposed form of Letter Rogatory for witnesses located in Vancouver, British Columbia, Canada. On October 6, 2010 Mr. Greeves and Ms. Koval approved of the form of Letter Rogatory. Submitted with this stipulated order are 4 Letters Rogatory for witness depositions in Vancouver, British Columbia, Canada. Counsel approve of the form of the Letters Rogatory and therefore Defendant Shafi requests the Court is sign the Letters Rogatory. It will be Mr. Murphy's responsibility to arrange with the Clerk's office to obtain copies under seal of the Court. It will also be Mr. Murphy's responsibility to arrange for the proper filing and service of Canadian process for each witness.

I hereby consent to the entry of this Order:

| | |
|---|---|
| /s/James P. Murphy | /s/Susan D. Koval |
| JAMES P. MURPHY (P36728) | SUSAN D. KOVAL (P59297) |
| Attorneys for Adil Shafi | Attorneys for Braintech |
| | |
| /s/Geoffrey J. Greeves | /s/Anne Bagno Widlak |
| GEOFFREY J. GREEVES | ANNE BAGNO WIDLAK (P35763) |
| Attorneys for Frederick Weidinger | Attorneys for Braintech |

IT IS ORDERED.

S/Victoria A. Roberts
United States District Judge

Dated: 10/13/2010