UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC., a Nevada corporation,

    Plaintiff/Counter-Defendant,

v.                                                                                  Case No. 09-10454

ADIL SHAFI, an individual,                                Honorable Victoria A. Roberts

                                                                              Magistrate Judge Virginia M. Morgan

    Defendant/Counter-Plaintiff,

v.

FREDERICK WEIDINGER, an individual,

    Counterclaim Defendant.

_____/

## LETTERS ROGATORY

    The People of the United States of America, to the Appropriate Judicial Authority in Vancouver, British Columbia, Canada.

GREETINGS:

    WHEREAS, a certain action is pending in the United States District Court for the Eastern District of Michigan, in which BRAINTECH is Plaintiff[1] and Adil Shafi, a resident

---

[1] Braintech Inc., was dismissed from the case by order dated June 3, 2010, but remains a party to the case on the counterclaim of Defendant Shafi.

of the State of Michigan, is a Defendant, and Frederick Weidinger is an additional party counterclaim defendant and a resident of the State of Virginia.

WHEREAS, it having been made known to us that the testimony of the following witness of the Province of British Columbia, Canada, to-wit: Edward White, 416-5 K de K Court, New Westminster, British Columbia, Canada V3M 6B6, is necessary for use at the trial of the issues in said action and without the testimony of whom justice cannot be completely done between the parties;

WE, THEREFORE REQUEST that in furtherance of justice, you will cause said witnesses, to appear before the person authorized to administer oaths at the offices of Ellis Business Lawyers, #440-319 West Pender Street, Vancouver, BC, V6B 1T3, or some other place as agreed by the parties, at a precise time and place by you to be fixed, and there to answer, under oaths or affirmations, the questions, document requests and interrogatories to be propounded by counsel for the respective parties and said questions and answers to be committed and reduced to writing, and thereafter duly signed by said witnesses under oath or affirmation, and thereafter return said deposition to us under cover, duly closed and sealed, postage prepaid, together with these presents, addressed to David J. Weaver, Clerk of the Court, United States District Court for the Eastern District of Michigan, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, United States of America 48226, with copies to counsel for the parties.

And we shall be ready and willing to do the same for you in a similar case when required.

WITNESS the Honorable Victoria A. Roberts, United States District Court Judge for the Eastern District of Michigan, United States of America, on this <u>25</u> day of October, 2010.

<u>S/Victoria A. Roberts</u>
Honorable Victoria A. Roberts
United States District Court Judge

3