## INDEX OF EXHIBITS

Exhibit 1   Braintech's Third-Party Subpoena to Aptura Machine Vision Solutions and David Dechow

Exhibit 2   Braintech's Third-Party Subpoena to Advenovation, Inc.

Exhibit 3   Shafi's Employment Agreement

Exhibit 4   Shafi's Non-Competition Agreement