# EXHIBIT G

2:09-cv-10454-VAR-LJM   Doc # 66-9   Filed 11/19/10   Pg 1 of 5   Pg ID 1413

**Subject:** BRAINTECH : Message for Adil Shafi: Re cooperation
**From:** info@shafiinc.com
**Date:** Fri, 22 Feb 2008 06:25:49 -0500
**To:** <adil.shafi@shafiinc.com>

Hello Adil,

I hope you are well. Since we met at the last Robot and Vision Show in Chicago Braintech has undergone a transition to new management. I mentioned to Rick Weidinger how you'd expressed interest in discussing potential cooperation in our meeting at the show and he suggested that we schedule a conference to discuss this. Rick happens to be in town tomorrow and we were wondering if we could catch you for a few minutes tomorrow say at 11:00 PST 2:00PM EST. Let me know if this works for you.

Best Regards,

Babak Habibi

Chief Technology Officer

Braintech Inc.

604-988-6440 x215



**Subject:** BRAINTECH + SHAFI : Re cooperation
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Fri, 22 Feb 2008 08:10:33 -0500
**To:** BHabibi@braintech.com
**CC:** Adil.Shafi@shafiinc.com

Hello Babak,

Thanks for your email. It is nice to hear from you.

Yes, it turns out that I have a half hour open today between 11:00 and 11:30 PST.

Please feel free to call me on my cell phone

1 (734) 516 - 6761

Best Regards,

Adil

---

Hello Adil,

I hope you are well. Since we met at the last Robot and Vision Show in Chicago Braintech has undergone a transition to new management. I mentioned to Rick Weidinger how you'd expressed interest in discussing potential cooperation in our meeting at the show and he suggested that we schedule a conference to discuss this. Rick happens to be in town tomorrow and we were wondering if we could catch you for a few minutes tomorrow say at 11:00 PST 2:00PM EST. Let me know if this works for you.

Best Regards,

Babak Habibi

Chief Technology Officer

Braintech Inc.

604-988-6440 x215

Subject: Re: BRAINTECH + SHAFI : NDA + Partnership Discussions
From: Adil Shafi <adil.shafi@shafiinc.com>
Date: Wed, 27 Feb 2008 03:32:06 -0500
To: Babak Habibi <bhabibi@braintech.com>
CC: Rick Weidinger <rick@weidingerfamily.com>, Adil.Shafi@shafiinc.com

Hello Babak,

Sounds Good. Look forward to talk with you then.

Best Regards,

Adil

---

Hello Adil,

Thanks for your message. As it turns out we will be in transit on Monday. How about Rick and I give you a call on Tuesday of next week at 11:00am EST.

Best Regards,

Babak Habibi

---

From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Tuesday, February 26, 2008 2:25 AM
To: Babak Habibi
Cc: Rick Weidinger; Adil.Shafi@shafiinc.com
Subject: BRAINTECH + SHAFI : NDA + Partnership Discussions

Hello Babak,

It was great talking with you and Rick too. I have given some thought to our partnership possibilities and would like to discuss them as soon as the NDA is completed. I skimmed through it quickly. There are one or two things that came to mind that I should write about; they are simple. I have run into three large orders this week and they have caused my schedule to get very compressed with phone calls, meetings, etc. At best I'll be able to continue on Friday afternoon but to be safe let's pick this up on Monday next week. I look forward to more discussions and strong synergies between us.

Best regards,

Adil

---

Hello Adil,

It was great talking to you today and I certainly feel there are opportunities to work together. Attached is the standard Braintech mutual NDA for your review. Speaking to Rick he mentioned that he plans to be in DC on the following dates if you decide to visit with him before meeting in Vancouver.

Feb 28, 29

Re: BRAINTECH + SHAFI : NDA + Partnership Discussions

March 6, 7
March 10, 11

Best...
Babak
604-988-6440 x215