# EXHIBIT H

**From:** Adil Shafi [adil.shafi@shafiinc.com]
**Sent:** Tuesday, April 08, 2008 9:15 AM
**To:** Rick Weidinger
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** Re: Thank You
**Attachments:** BRAINTECH_SHAFI_Partnership.pdf

**Dear Rick,**

**Hope you had a nice trip to Pittsburgh.**

**Attached is a draft for your review.**

**Please give it some thought.**

**Feel free to write or call.**

**See you on Friday,**

**Best regards, Adil**


Dear Adil,

It was very good to meet you and spend the day with you.

I hope you had a good flight home.

Talk with you soon.

All the best, Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Friday, April 04, 2008 11:49 PM
**To:** Rick Weidinger
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** Thank You

**Rick,**

**It was very nice to meet you today.**

**Thank You for your hospitality.**

**Have a good trip to Pittsburgh.**

**I will write to you on Tuesday.**

1

Best Regards,

Adil

| CONFIDENTIAL : Braintech and SHAFI : Vision Guided Robotics : Structuring our Joint Venture : Commercially and Technically ||||
|---|---|---|---|
| Step | Partnership and Collaboration Action | Reasoning and Notes | Value |
| 1. | **Recognizing our Strengths**<br>Braintech : Has new sales and marketing strength in 2008.<br>Braintech : Has technical developers (albeit non US citizens).<br>SHAFI : Has most flexibility in sales channels in industry.<br>SHAFI : Has most technical solutions developed in industry.<br>SHAFI : Has scalable, long term, US based innovation base. | • Short Term<br>　• Use SHAFI access to market to build new sales.<br>　• Use Braintech technical resources.<br>• Long Term<br>　• Use Braintech sales + marketing strength.<br>　• Use SHAFI innovation + solution making strength. | Market Consolidation Partnership Elimination of Competition<br>1+1 = 3 |
| 2. | **Short Term (2008 – 2009) Strategy**<br><br>SHAFI : Provides existing market access to Braintech<br>• Instant access to thousands of Partnered Salesmen<br>• Relationship with dozens of Integration Companies<br>• Relationship with almost all major Robot Makers<br>• Relationship with the largest Vision Companies<br><br>Braintech : Connects evf with RELIABOT CF file objects<br>• For existing and well sold automotive applications.<br>• Start with AutoRacking where SHAFI is the leader.<br>• CF file object specifications to be provided by SHAFI.<br>• Braintech adapts and modifies evf for these specifications.<br>• Support provided through existing Braintech resources and SHAFI systems integrators and neutral support house (with regards to robot, vision, integrator) AMT. | • Sell the well known & accepted, robot, vision & integrator neutral RELIABOT product with the highest breadth of solutions in the market.<br>• It will create short term and fast new sales growth for both.<br>• Announcement will create new sales interest for both companies and their large customers and partners, and will thwart existing competition seen mutually by both, e.g., Fanuc and ISRA which are non US based.<br>• Although SHAFI's RELIABOT CF file object source code is already developed do this work and supplies solutions to customers in this space, this positioning gives developers at Braintech a new evf code focus to support sales. | $1.85 million in cash with agreement. |
| 3. | **Long Term (2008 – 2009 Planning) and Beyond Strategy**<br><br>Braintech : Provides sales & marketing for worldwide use<br>• Washington DC based GOV (military and health) sales.<br>• Global Channel Sales Offices + Regional Partner Offices.<br><br>SHAFI : Provides new solutions innovation for the world<br>• US based Development near Manufacturing<br>• Michigan based Army TARDEC Collaboration.<br>• Start with Bin Picking where SHAFI is the leader.<br>• Experience and relationships in many new markets.<br>• From Houghton, MI with capacity for 1000 engineers. | • SHAFI provides proactive new solution making expertise in markets e.g., US government, medical, rehabilitation, aerospace, food/beverage, edutainment and consumer.<br>• SHAFI has knowledge of US Government departments.<br>• SHAFI has PlusUp applications in new military channels.<br>• SHAFI has knowledge of rehabilitation and transportation.<br>• SHAFI develops this in the US (Houghton, MI based resources) by enhancing and adapting SHAFI's existing CF file object source code for many new market solutions. | $1.15 million in stock and options with agreement. |

**Key Provisions**
1. All sales (including to ABB from 2009), are made through RELIABOT with an even split of sales revenue between Braintech and SHAFI.
2. SHAFI provides US based solutions interface to sales, releases all technical solutions for field from Houghton, and manages internal innovation.
3. SHAFI supervises Vancouver technical team (short term and long term or if Vancouver resources are moved to Houghton, to become US based).
4. At all times, during the partnership and in the event of its termination, TruView and evf remain the exclusive property of Braintech, while RELIABOT, CF file, and related objects' source code remain the exclusive property of SHAFI, Inc., and/or SHAFI Innovation, Inc., which are owned by Adil Shafi.
5. Adil Shafi provides innovation, sales/tech interface and knowledge on Braintech board (new markets, academic, government + industry relationships).