# EXHIBIT K

[Fwd: Re: [Fwd: still time]]

**Subject:** [Fwd: Re: [Fwd: still time]]
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Wed, 04 Jun 2008 08:17:52 -0400
**To:** Rick Weidinger <rick@weidingerfamily.com>
**CC:** Adil.Shafi@shafiinc.com

Dear Rick,

Good Morning.

Please let me know immediately

if you are interested in acquistion and business development discussions.

You have had indicated your interest in this matter as recently as a week ago.

If you are, we can start briefly and efficiently and I would like to involve counsel

to represent my company in this matter.

Please feel free to write or call.

Best, Adil


-------- Original Message --------
   **Subject:** Re: [Fwd: still time]
     **Date:** Tue, 03 Jun 2008 20:44:16 -0400
    **From:** Adil Shafi <adil.shafi@shafiinc.com>
      **To:** Rick Weidinger <rick@weidingerfamily.com>
      **CC:** Adil.Shafi@shafiinc.com
**References:**

Rick,

I am back from church.

If you send $85K in (bank needs to know before 10am),

then we can credit this towards an acquisition, and

I would like to have my attorneys be involved from this point on.

Call me if you would like to move forward.

Best, Adil

| ...just trying to help you out..................understood..........



1 of 2

1/5/2010 9:02 PM

[Fwd: Re: [Fwd: still time]]

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Tuesday, June 03, 2008 4:31 PM
**To:** Rick Weidinger
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** Re: [Fwd: still time]

no. email only as you have maintained. I need to go out for some time but will be back later.

Can you call me so I understand?

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Tuesday, June 03, 2008 4:28 PM
**To:** Rick Weidinger
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** [Fwd: still time]

Rick,

It would need to be unsecured $85K to SHAFI, Inc.

Comerica Bank. Tel (810) 220 - 0561 attn Kathy or Charlene

Account Number 1852338845 and ABA Number 072000096

This would apply to a possible acquisition only

if it is similar in cash equivalent with monthly payments

to what I first gave you on April 8, 2008

Best, Adil

-------- Original Message --------
**Subject:** still time
**Date:** Tue, 3 Jun 2008 16:01:26 -0400
**From:** Rick Weidinger <rick@weidingerfamily.com>
**To:** Adil Shafi <adil.shafi@shafiinc.com>

Adil: there is still time today to instruct a wire. Best, Rick