# EXHIBIT L

From: Rick Weidinger
Sent: Thursday, June 05, 2008 10:32 AM
To: Adil Shafi
Cc: Rick Weidinger
Subject: a(DEAL)

**PRIVATE AND CONFIDENTIAL**

Adil,

I have instructed a wire transfer in the amount of $50,000 today out of my personal account to Shafi Inc. The initial wire was based upon our agreement of the following:

1. BRHI acquires Shafi Inc. & Shafi Innovations Inc. [together SII].
2. Both Shafi companies become subsidiaries of parent company BRHI.
3. Adil Shafi maintains [49% - unless a lower percentage is necessary for tax consolidation purposes and in that case BRNI will need to own 80% of Innovations Inc. and Shafi 20% which the parties have agreed to let tax accountants figure out] of Shafi Innovations Inc. and becomes its Chairman and CEO. Can develop own Board of Directors.
4. Shafi Innovations Inc would begin market presence in Houghton, MI in Fall 2009. Hubzone planning and registering BRHI for preferred government status shall begin immediately.
5. BRHI would assume SII debt [approximate $1.0 M business debt only].
6. Adil Shafi consideration:
    a. $50,000 cash payment to Shafi Inc. on Thursday, June 5, 2008 for payment of Shafi business debt.
    b. $50,000 cash payment towards current SII debt at execution of Letter of Intent [scheduled for Friday, June 6, 2008].
    c. 3,000,000 [$0.01]BRHI shares at closing of acquisition.
    d. 1,000,000 [$0.01] BRHI shares granted at closing but awarded upon specific agreed to milestones.
    e. Adil to agree to hold stock for at least six months and agree to a limit on stock sales going forward in order to prevent undue pressure on stock price [i.e. Leakage Agreement].
7. Adil Shafi assumes technical COO leadership role in BRNI.
    a. Three year employment contract. Full employee benefits.
    b. $180,000 base salary. Up to 50% annual cash bonus but minimum of 25%. Annual raises.
    c. 1,000,000 employee stock options. Priced at closing with three year vesting period. Additional options as employee going forward.
    d. Pontiac office available third quarter 2008.
    e. BRHI hire 2 engineers, Adil assistant, government employee and possible business development employee.
8. SII identifies possible SII contract and revenue pipeline and BRHI assumes going forward [current forecast is $400,000 revenue in remainder of 2008 and $1,300,000 revenue in 2009]. Need to decide how to handle automotive revenue.
9. Consider Adil Shafi on either Board of Directors of BRHI or Advisory Board of BRHI.
10. SII and BRHI will agree to standard representation and warranties typical in a transaction like this.

I think this covers it for now. Look forward to our meeting in Washington DC on Monday, June 9, 2008 and closing acquisition transaction on June 23, 2008.

All the best, Rick Weidinger

1