# EXHIBIT V

| | |
|---|---|
| From: | Rick Weidinger |
| Sent: | Wednesday, October 01, 2008 11:10 PM |
| To: | 'Adil Shafi'; 'Ted White' |
| Cc: | 'Rick Weidinger'; 'Adil Shafi' |
| Subject: | RE: SERIOUS : Shafi Creditors |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Adil: from my understanding and knowledge of Ted's communications, payments and clarifications with the shafi inc debt holders, he is handling these matters professionally and accurately.

Also, as you were part of and will remember, we have instructed Ted to negotiate to settled amounts.

Lastly, the purpose of Ted's communications to you was to correct the wrongful description of this debt.

These are not tactics and these matters are irrelevent to our stock price. Our shareholders expect us to handle these matters prudently which I believe Ted is doing. The worst thing we can do is manage our business based upon rumors, especially incorrect rumors.


Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

-----Original Message-----
From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Wednesday, October 01, 2008 09:49 PM Eastern Standard Time
To: Ted White
Cc: Rick Weidinger; Rick Weidinger; Adil Shafi; Adil Shafi
Subject: SERIOUS : Shafi Creditors

*Ted,

There are some serious negative rumours swirling

from what you have told Shafi creditors.

I don't have time to get into it right now but some comments like

a) Braintech did not know how much was owed to past employees,

b) Braintech would never have acquired the Shafi companies if Braintech had known what was owed to vendors... are already creating negative impressions out there and if this news has gotten to me then sit back and imagine how much negative stuff I have not heard.

The Braintech press releases will go nowhere

when the industry finds these rumours more.

It is a small community and everyone finds out what is being said.

1

You were in conference calls with Rick and Heather and me when the Debt Schedule was reviewed and the final spreadsheet was done on August 12.
It is attached with this email.

We can discuss more in person when I am in Vancouver next week.

In particular, make sure you pay past employees in full what they are owed.

They know MANY customers; virtually everyone important and they can spread negative rumours if they are given less that what was agreed to in the Debt Schedule.

These tactics will create negative impressions out there

and undermine Braintech's sales efforts, credibility and press releases,

and therefore ultimately stock price.

Adil*


> Hi Adil
>
>
>
> I have been speaking with some of the Shafi creditors recently and
> most of them have the impression that the old Shafi liabilities are
> now Braintech liabilities.  I have been explaining to them that, upon
> Braintech's acquisition of the Shafi Inc. shares, Braintech has been
> funding Shafi so that Shafi can pay its liabilities.
>
>
>
> We should be clear in our message to the Shafi creditors.  Braintech
> is funding Shafi which allows Shafi to make payments to its creditors.
> Braintech has not agreed to "take on" or assume the liabilities.
>
>
>
> Let me know if you have any questions or concerns.
>
>
>
> Thanks & Best regards
>
>
>
> Ted
>
>
>
>
>
>
>
>
> Edward (Ted) White, C.A.