# EXHIBIT X

**Subject:** Re: Welcome Back - Meetings this week
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Mon, 10 Nov 2008 09:13:51 -0500
**To:** Rick Weidinger <rick@weidingerfamily.com>, Rick Weidinger <rweidinger@braintech.com>
**CC:** Adil Shafi <adil.shafi@shafiinc.com>, Adil Shafi <ashafi@braintech.com>

OK. I sent you an email this morning about

health insurance, daughter's medical test bill, work plans.

I should be able to accomodate your requests below.

I'll write emails sporadically today between rests.

Adil

> Adil,
>
> Plan to attend the following meetings this week with me: these meetings take priority over anything else you do this week.
>
> Tuesday November 11, 2008 - ESM at 2 pm ET. Call in information sent to you.
>
> Wednesday November 12, 2008 - Board Call at 1pm ET for 3rd qtr audit approval. Call in information sent to you.
>
> Friday November 14, 2008 -- in Virginia Office for your Sales Plan Presentation [reschedule] at 10 AM ET.
>
> I tried reaching you via email and phone last Thursday and Friday without response. I hope you are feeling better.
>
> See you on Friday.
>
> Rick

