# EXHIBIT CC

**Subject:** Braintech Current Projects
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Tue, 7 Oct 2008 18:06:42 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>, "Babak Habibi" <bhabibi@braintech.com>, "Jim Dara" <jimdara@braintech.com>, "Pete Manias" <pmanias@braintech.com>, "Remus Boca" <rboca@braintech.com>, "Rob Sim" <rsim@braintech.com>, "Geoff Clark" <gclark@braintech.com>, "Jeff Beis" <jbeis@braintech.com>, "Mohammad Sameti" <msameti@braintech.com>, "Dan Beaudoin" <dbeaudoin@braintech.com>
**CC:** "Heather Greenlay" <HGreenlay@braintech.com>, "Rick Weidinger" <rick@weidingerfamily.com>

**TO: Project Team Leaders and Members -**

Following are 9 projects [in possible priority] that we are currently engaged in. No matter the priority, these are all important projects. **The GOAL is revenue, revenue, revenue and now.** The objective in publishing the following list is to make clear to everyone the responsible party and the additional three leads for each project namely -- execution, commercial and technical leads. Going forward, there should be no doubt what projects we are working on and the responsible and accountable parties. If you see necessary changes in the assignments below, please contact me and we can discuss the change. These assignments are important as we will be publishing the revenue incentive plan in a few weeks and such incentive will be based upon your assignment below and the corresponding responsibility. Please note that project one below discusses an example and describes the difference between the RP and EL. It is important we all understand what the leads are and there differences.

### 2008/2009 BRHI Technical Projects with Leads

Key: RP -- Responsible Party; EL -- Execution Lead; CL -- Commercial Lead; TDL -- Technical Development Lead

1. **Project One: We Are The World [WATW]    RP - JD; EL -- AS & BH; CL -- JD; TDL -- GC & RB & BH**
    - eVF will communicate with KUKA, Motoman, Fanuc and a new ABB robot -- BY END OF NOVEMBER 2008.
    - For example, JD is RP on all Industrial Projects and sales lead on Robot OEMs. RW will be RP for Fanuc and PM will assist JD with KUKA business development. Generally, RP is the head mule and the one sole party responsible, accountable and incentivized for completing the project on time and on budget. The CL cultivates the relationship from a commercial point of view until hand over to corporate to decide terms and conditions.
    - Training and documentation will be a part of this project and will need to be updated for all robot makes.
    - Mitsubishi [ONLY if RIXAN becomes client with extensive R&D budget and orders]
    - Kawasaki and Mitsubishi become priority after business development activities clarify their importance.
    - EL is the person who also assists in the commercial side with high level technical issues and interfaces with the customer. Keeps project going from an execution perspective and works closely with RP. RP and EL may be same person.



2. **Project Two: Random Bin Picking [RBP]**    RP – BH; EL – BH; CL – JD; TDL – JB & RS
   - Near term focus is to start and complete Toyota and possible Caterpillar pilot/trial for positive business case and to use as leverage for future biz.
   - Get eVF RBP working on other robots in the same order [KUKA, Motoman, and Fanuc].
   - Develop and identify additional market place applications for RBP.
   - Develop strategy between evF and Reliabot RBP.
   - Develop forecast for maximum possible RBP software sales/applications in 2009. [will assist in ABB discussion and decision for exclusivity]

3. **Project Three: eVE / BVGL Productization**    RP – PM; EL – PM & RB; CL – PM; TDL – RB & RS
   - 2D finalization of commercial product now. Product should be ready to ship now.
   - 3D finalization of development and commercialization in Q4 2008. Complete productization from both a technical and marketing perspective.
   - RBP finalization of development and commercialization in Q1 2009. Complete productization from both a technical and marketing perspective.
   - Simona should be working 100% on AFX – POSSIBLE $400,000 financial exposure for MIL keys at Q1 2009.

4. **Project Four: RELIABOT**    RP – AS; EL – AS & MS; CL – PM; TDL – GC & DB
   - Trying to complete documentation for GUDEL and PDSI – Requires 8 more weeks to finalize it for future clients!
   - Reliabot Evaluation by Vancouver completed and agreed to. "Revenue Ready Assessment".
   - Need to address ICI.
   - Communication protocol inspection of Reliabot.
   - Make sure we compile costs associated with supporting Reliabot.

5. **Project Five: Integrator Program**    RP – AS; EL – KG; CL – KG & PM; TDL – DB

    More details to come regarding program from AS. We expect Q4 2008 Revenue from Integrator Program.

6. **ABB Trueview "ABB cost savings initiative"**    RP – BH; EL – BH; CL – JD; TDL – BH & DB

    Integrated PC and displaying images on teach pendant.

7. **Sony eVF "light" integration**    RP – PM; EL – PM; CL – PM; TDL - RB
    Possible teach pendant communication per each robot OEM
    Possible MotoSony deliverable from Shafi obligation to Motoman [other solutions to meet Motoman requirement might be completing an integrated PC eVF solution].
    Compile costs associated with support.

8. **Possible GMD development**    RP – PM; EL – PM & JD; CL – PM & JD; TDL – RB & RS & BH & DB
    Possible projects: PAR Systems Phase 2 of AWA; Nine Sigma RFP, QNA SPO project, PPI weapon inspection project, RTC RFPs; BOEING FCS

9. **eVF 7.0 [ENHANCED EGG]**      RP – AS & BH; EL – AS & BH; CL – PM; TDL - RS
    Create product development and technical plan starting late Q4 possible completion Q3 2009
    Immediate issue: marriage of RELIABOT panel to current eVF
    Building up the software hierarchy on top of eVE with the service and application layer in conjunction with a new user interface to have modular and scalable product that can be re-skinned and be able communicate with multiple OS platforms and different vision libraries
    Needs requirement gathering, spec completion and approval, possible screen back development