**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BRAINTECH, INC.,
Plaintiff/Counter-Defendant,

v.                                                                  Case No: 09-10454
                                                                    Honorable Victoria A. Roberts
ADIL SHAFI,
Defendant/Counter-Plaintiff/
Third-Party Plaintiff,

v.

FREDERICK WEIDINGER AND
BRAINTECH, INC.,
Third-Party Defendant/Counter-Defendant.

---

## STIPULATED PROTECTIVE ORDER

The parties, by and through counsel, agree and stipulate that information regarding or relating to Braintech, Inc.'s insurance coverage, that will be produced pursuant to the Court's June 15, 2010 Order, is confidential and shall be subject to this Protective Order.

The insurance information to be disclosed is confidential and will be used for purposes of this litigation only. The confidential insurance information will be disclosed only to Qualified Persons. Qualified Persons are defined as:

1. Legal professionals and staff to whom disclosure is necessary in order to conduct this litigation, including attorneys of record in this proceeding, their secretaries, paralegals, law clerks and support staff.

2. The named parties in this proceeding and, if applicable, their respective officers, directors, attorneys and insurers.

Qualified Persons permitted to review confidential insurance information under this Order will, before obtaining access to the confidential insurance information, be shown a copy of this Order and agree in writing to be bound by its terms by signing this Order. Counsel for the party wishing to disclose such material must retain the signed Order and produce it to counsel for Braintech on request.

The terms of this Order shall continue in effect during and after the conclusion of the action. Within 20 days following entry of a final, non-appealable order disposing of the action, parties in possession of the confidential insurance information covered by this Order shall return all such confidential insurance information, including copies, to Braintech, Inc.'s counsel of record.

If any party to this action receives a subpoena or other formal demand from any source, whether related to another cause of action, proceeding, investigation, or otherwise for the production or disclosure of the confidential insurance information, that party must provide written notice of the subpoena or demand to counsel for Braintech at least fourteen (14) days before the party's required response to the subpoena or demand and that party must not interfere with any action that Braintech may elect to take to protect the confidentiality of the confidential insurance information. If, however, a response by a party to this action to such a subpoena or demand is required in less than fourteen (14) days, that party must provide Braintech with immediate notice in writing to its counsel Anne Widlak or Susan Koval, by fax [(313) 567-5928] and by telephone [(313) 567-5921], to provide Braintech with as much time as possible to take action to protect the confidentiality of the confidential insurance information, and the parties must not interfere with any action Braintech may elect to take to protect the confidentiality of the confidential insurance information.

IT IS SO ORDERED.

                                                    S/Victoria A. Roberts
                                                    UNITED STATES DISTRICT JUDGE

Dated:  11/22/2010
Agreed as to form and substance:


| /s/ with consent of James P. Murphy | /s/ Susan D. Koval |
|---|---|
| James P. Murphy (P31997) | Anne Widlak (P35763) |
| Attorney for Shafi | Susan D. Koval (P59297) |
| Berry Moorman PC | Attorneys for Defendant Braintech, Inc. |
| 535 Griswold Street, Ste. 1900 | Nemeth Burwell, P.C. |
| The Buhl Building | 200 Talon Centre Drive, Ste. 200 |
| Detroit, MI 48226 | Detroit, MI 48207 |


/s/with consent of Geoffrey Greeves
Geoffrey Greeves
Attorney for Defendant Weidinger
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC 20037-1122