UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC., a Nevada corporation,

    Plaintiff/Counter-Defendant,

v.

ADIL SHAFI, an individual,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

v.

FREDERICK WEIDINGER, an individual,

    Third-Party Defendant.
_____/

Case No. 09-10454

Hon. Victoria A. Roberts

**ORDER GRANTING DEFENDANT ADIL SHAFI'S EX PARTE MOTION FOR LEAVE TO FILE BRIEF IN RESPONSE TO JOINT MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES**

The Court reviewed Defendant Adil Shafi's Ex Parte Motion For Leave To File Brief In Response To Joint Motion For Summary Judgment In Excess of Twenty Pages.

**IT IS ORDERED** that Defendant Adil Shafi's Ex Parte Motion For Leave To File Brief In Response To Joint Motion For Summary Judgment In Excess of Twenty Pages is **GRANTED** and that he may file a Response that exceeds twenty pages.

                                        /s/Victoria A. Roberts_____
                                        United States District Judge

Dated: 12/22/10

{00005601;v1 }