## **INDEX OF EXHIBITS**

Exhibit 1   Weidinger Deposition Transcript

Exhibit 2   Confidential: Braintech and Shafi: Joint Venture

Exhibit 3   Weidinger 5/12/08 Email

Exhibit 4   Weidinger 5/12/08 (2) Email

Exhibit 5   Weidinger 5/28/08 Email

Exhibit 6   Access & Acceleration

Exhibit 7   Side Letter, 8/12/08

Exhibit 8   Expected Debt Payments

Exhibit 9   8/2/08 Composite Email

Exhibit 10   Shafi 10/16/08 Email

Exhibit 11   Shafi 5/16/08 Email

Exhibit 12   Shafi 7/27/08 Email