# EXHIBIT WW

**From:** Rick Weidinger
**Sent:** Wednesday, August 20, 2008 6:10 AM
**To:** 'Adil Shafi'
**Subject:** Information Request

Adil: I am receiving the following request from our scientist in Vancouver. Can you send the following out to Babak, Remus, Rob and Goeff in VANCOUVER as soon as possible:
RELIABOT Software
Siemens driver for KUKA
Motoman & Kaw robot communications drivers or modules Also, any robot communications driver programs.
Please let me know status of this today.
Best,

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

| | |
|---|---|
| From: | Adil Shafi [adil.shafi@shafiinc.com] |
| Sent: | Wednesday, August 20, 2008 6:47 AM |
| To: | Rick Weidinger |
| Cc: | Adil.Shafi@shafiinc.com |
| Subject: | Re: Information Request |

Rick,

A lot of these emails would be saved if we talked for about 30 days each morning.

Can we set a time to talk on a regular basis?

Secondly, it would be very useful to start to communicate with the team in Vancouver.

4:30pm today our time would be a good time.

Thirdly, here is no way that I can comply with this software gathering request until after the summit.

Why?

Because I have the software in hundreds of folders across several computers that are not linked and networked right now. I did not set all this up. The computers are used by Aptura as needed right now to do the SIEMENS driver and this project is not finished yet. So I cannot yank this stuff from the project.

It would be best to set this up in the new office. Jim tells me that Dan is good at IT networking. He could be a good person to have this stuff handy for ongoing support to customers.

I have a customer from ICI (integrator) asking me for specific information this week so I need to refer to Aptura for that.

Fourthly, I have 450 new emails since we closed last week.

I have stacks of papers accumulating and I need to get organized with all this stuff.

I need to fly my desk for three days to do all this.

More importantly I need to organize the new office, get the Siemens payment, call partners, get robots, get vision systems, send the press release to many people, plan high level stuff with you and Jim, etc.

I think we need to get all this under control before the summit and I need the time to get organized.

I will check back at about 8am. Please let me know if we can talk between 8am and 10am today.

Thanks, Adil

1

2

| | |
|---|---|
| From: | Rick Weidinger |
| Sent: | Wednesday, August 20, 2008 8:15 AM |
| To: | 'Adil Shafi' |
| Subject: | Re: Information Request |
| | |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

==This software gathering should already have been done. I would like our vancouver guys to have a look at the software BEFORE the Summit!==

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

-----Original Message-----
From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Wednesday, August 20, 2008 06:46 AM Eastern Standard Time
To:    Rick Weidinger
Cc:    Adil.Shafi@shafiinc.com
Subject:    Re: Information Request

Rick,

A lot of these emails would be saved if we talked for about 30 days each morning.

Can we set a time to talk on a regular basis?

Secondly, it would be very useful to start to communicate with the team in Vancouver.

4:30pm today our time would be a good time.

Thirdly, here is no way that I can comply with this software gathering request until after the summit.

Why?

Because I have the software in hundreds of folders across several computers that are not linked and networked right now.  I did not set all this up.  The computers are used by Aptura as needed right now to do the SIEMENS driver and this project is not finished yet. So I cannot yank this stuff from the project.

It would be best to set this up in the new office. Jim tells me that Dan is good at IT networking. He could be a good person to have this stuff handy for ongoing support to customers.

I have a customer from ICI (integrator) asking me for specific information this week so I need to refer to Aptura for that.

Fourthly, I have 450 new emails since we closed last week.

I have stacks of papers accumulating and I need to get organized with all this stuff.

1

3

**From:** Rick Weidinger
**Sent:** Tuesday, September 02, 2008 7:53 PM
**To:** Adil Shafi
**Subject:** FW: Reliabot/eVF Comparison and Evaluation

Adil: Please send out the "do-to" list asap from the summit. its been way too long and my guess losing importance due to delay. If you are too busy, let me know and I can take a crack at it and get it out. Rick

**From:** Geoff Clark [mailto:gclark@braintech.com]
**Sent:** Tuesday, September 02, 2008 7:41 PM
**To:** Adil Shafi
**Cc:** Babak Habibi; Dan Beaudoin; Dominic Tioseco; Jeff Beis; Jim Dara; Mohammad Sameti; Pete Manias; Remus Boca; Rick Weidinger; Rob Sim
**Subject:** Reliabot/eVF Comparison and Evaluation

From our meetings last week, we need to get started on an evaluation and comparison of Reliabot and eVF for a couple of reasons. Firstly, this will be a learning exercise. Although eVF is well known to us, no one at Braintech aside from Adil understands the capabilities of Reliabot and how to install, configure, or support it. Secondly, as we move forward, we need to decide which are the best pieces of each product to form portions of new products such as BVGL or any enhanced offering.

Since we already have multiple eVF systems running here in Vancouver, I suggest we set up parallel Reliabot systems either on the same robot, or alongside on separate robots. The two main products that I see us needing in the short term(that also exist in both products) are Single Camera 3D and Random Bin Picking, so these are the two Reliabot capabilities that we should begin with. I think we should treat this as if we sold one of each of these Reliabot systems today with ABB robots and IRC5 controllers, and needed to support the install ourselves. Adil, what is everything that needs to be done to make this happen? We will need some help from you, and potentially from David Deco(?) to educate us. Below are some topics that come to mind for me. Please let me know if I am missing anything.

**Reliabot Hardware**
-Framegrabber Card
-Camera
-Camera Cable
-Communication Cable
-PC (I will assume we already have a PC here that will be suitable)
-Anything Else??
We need specifications for all the hardware pieces. I remember we looked at something in Harrison, perhaps you can forward this document. Hopefully Adil already has these items and can ship us one set of hardware to work with here. Otherwise we will need to purchase the necessary pieces.

**Reliabot Software**
-Cognex License
-Reliabot Hardware Dongle
-Reliabot Software
-Robot Programs
We have the backup of SHAFI software, but it is unclear to me what we need to do to provide an end user with a product, particularly in regards to robot connections and vision methods. Do we need to build a specific version with SC3D and ABB support, and another for RBP? Which folder should we build from? Do we have a license for Visual Basic that we can use, or do we need to purchase?

**Setup and Configuration**
-Hardware Setup Procedures
-Software Deployment and Installation Procedures
-Camera Calibration

-CF File Configuration
-Runtime Operation
I believe this is the portion that will require the most training. We should get all of the hardware and software pieces in place as soon as possible in preparation.

| | |
|---|---|
| **From:** | Rick Weidinger |
| **Sent:** | Friday, September 12, 2008 3:22 PM |
| **To:** | Adil Shafi |
| **Subject:** | FW: Action Items from this morning - Urgent |

Adil – how are we doing on completing this so Vancouver can do a deep dive into reliabot? I want all of this in Vancouver no later than Wednesday, September 17th. This IS priority over San Francisco, for example. Thanks, Rick

**From:** Remus Boca
**Sent:** Thu 9/11/2008 10:54 AM
**To:** Geoff Clark; Mohammad Sameti; Jeff Beis; Rob Sim; Victoria Netchaeva
**Cc:** Babak Habibi; Adil Shafi
**Subject:** RE: Action Items from this morning

I'd add that we need Cognex Vision software version number and we should be able to use an evaluation version from Cognex for 30 days.

One thought - should we look into getting a standard RELIABOT system working and then getting a RELIABOT system that is similar to eVF? Maybe this way we'll get a system running with RELIABOT in a shorter time.
What would be a standard RELIABOT system?

**From:** Geoff Clark
**Sent:** Thu 9/11/2008 10:34 AM
**To:** Mohammad Sameti; Jeff Beis; Rob Sim; Victoria Netchaeva
**Cc:** Babak Habibi; Adil Shafi; Remus Boca
**Subject:** RE: Action Items from this morning

Here is the list again. We have one Sony HR-70 camera, this should be enough for single camera 3D, but I don't know what is necessary for bin picking. We should probably have another camera on hand anyway. We have a good supply of lenses and filters.

Mauricio found a copy of VB6 from our old MSDN subscription, so that is taken care of as well.


From my previous email...

**Reliabot Hardware**
-Framegrabber Card
-Camera (1 x Sony HR-70)
-Camera Cable
-Communication Cable
-PC (I will assume we already have a PC here that will be suitable)
-Anything Else??
We need specifications for all the hardware pieces. I remember we looked at something in Harrison, perhaps you can forward this document. Hopefully Adil already has these items and can ship us one set of hardware to work with here. Otherwise we will need to purchase the necessary pieces.

**Reliabot Software**
-Cognex License
-Reliabot Hardware Dongle
-Reliabot Software

1

6

**From:** Rick Weidinger
**Sent:** Friday, September 12, 2008 6:02 PM
**To:** Adil Shafi
**Cc:** Adil Shafi
**Subject:** RE: SWP : RELIABOT Setup in Vancouver

Ok, thanks. This is a simple request with a simple fulfillment. Vancouver tells me they do not have everything from you that they need to fulfill my requested deep dive into reliabot. This is an asset [I think ☺] of braintech and it is simply unacceptable that we have not been able to technically review it yet. Closing seems so far in the past now.

Just make sure Vancouver has everything by Wednesday September 17th. I will be following up with them on the 17th.

To be clear, in 2 weeks when I ask for the reliabot technical report, I hope not to hear that they have not been able to technically review the technology because they are waiting for items from Detroit!!!!!

RW

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Friday, September 12, 2008 5:40 PM
**To:** Rick Weidinger
**Cc:** Adil Shafi
**Subject:** SWP : RELIABOT Setup in Vancouver

**Rick,**

**Remus has been a bit out of the discussion since he is resting after IMTS.**

**This is all under good control after several regular calls with Vancouver.**

**Bottom line : Most everything needed to get RELIABOT up and running with Vancouver**

**will go out tomorrow (just a few things a camera or two, some cables, dongle, sensors).**

**We will need a board from Cognex which they have done many times before;**

**this is a subject to discuss at Marilyn's level on Thursday. In the meantime, Geoff**

**Clark will setup the hardware. Manias has Nielson lined up to help the guys learn. etc.**

**Adil**

Adil – how are we doing on completing this so Vancouver can do a deep dive into reliabot? I want all of this in Vancouver no later than Wednesday, September 17th. This IS priority over San Francisco, for example. Thanks, Rick

**From:** Remus Boca
**Sent:** Thu 9/11/2008 10:54 AM

1

7

**From:** Adil Shafi [adil.shafi@shafiinc.com]
**Sent:** Tuesday, September 16, 2008 5:09 AM
**To:** Remus Boca
**Cc:** Babak Habibi; Jim Dara; Pete Manias; Rick Weidinger
**Subject:** Re: APTURA : Quote for Training Support

Team,

I should be able to get everything into Vancouver by Wednesday the 17th except for the Cognex framegrabber board which I do not have and have mentioned in earlier emails. The easiest thing for us will be to request one from Cognex on consignment; they are made at very little cost and we have a meeting with them at their headquarters on Thursday. Buying one may cost a few thousand dollars.

Adil

Hi Adil,

Another idea is to purchase a Cognex board if this helps us to get faster a Cognex board in Vancouver. Could you provide if this is feasible, a price estimate, board model number – any information you consider to help us getting a Cognex board?

Thanks,

Remus Boca

*Senior Robotic Vision Scientist*
**Braintech Inc.**
P. 604-988-6440 x235
rboca@braintech.com

---

**From:** Rick Weidinger [mailto:rick@weidingerfamily.com]
**Sent:** Monday, September 15, 2008 2:17 PM
**To:** Babak Habibi; Remus Boca; Adil Shafi
**Cc:** Jim Dara; Pete Manias; Rick Weidinger
**Subject:** RE: APTURA : Quote for Training Support

Excellent suggestion Babak!

Adil: can you make sure we have everything in Vancouver to establish a running Reliabot system by Wednesday, September 17 [as previously requested]? This takes highest priority for you right now.

Thanks.

Rick

| | |
|---|---|
| From: | Adil Shafi [adil.shafi@shafiinc.com] |
| Sent: | Wednesday, September 17, 2008 10:53 AM |
| To: | Dan Beaudoin |
| Cc: | Pete Manias; Jim Dara; Remus Boca; Lou Kondek; Rick Weidinger; Rick Weidinger; Donna Burr; Barbara Shafi; Adil Shafi |
| Subject: | ADM : COMPUTER : Brain Damage |

**Dan,**

**My wife Barbara has retrieved BrainDamage**

**the PC that John Nielson has used to support many customers in the past.**

**You are welcome to visit her today or tomorrow to pick it up.**

**Make sure you make a complete backup for Braintech**

**before releasing to John on Friday.**

Thanks, Adil

**Barbara's Cell phone (810) 908 - 3179**

**Barbara Shafi <barsshafi@aol.com>**

Our Address : 7517 Radcliffe Brighton, MI 48114 (near I-96 and Grand River Road exit 145)

---

Adil,

I found the box that contains brain damage. It appears to have all the parts in the one box. Let me know what you want me to do with it.

Love, Barbara

1

9