

EXHIBIT XX

| From: | Adil Shafi [adil.shafi@shafiinc.com] |
|---|---|
| Sent: | Friday, August 29, 2008 5:12 AM |
| To: | Remus Boca |
| Cc: | Rob Sim; Babak Habibi; Jeff Beis; Geoff Clark; Mohammad Sameti; Rick Weidinger; Pete Manias; Jim Dara; Adil.Shafi@shafiinc.com |
| Subject: | [Junk released by Allow List] KUKA : Two Robots : Hardware needed for SC3D and RBP setup at KUKA Lab Augsburg |

Team,

It occurred to me on the way back home that we could arrange to have a KUKA robot in Vancouver and another in Michigan. In all the hectic time during our summit activities, I forgot to convey that I have a KUKA robot. It is a small KR-3 robot (the number refers to the robot payload in kilograms). It runs on 110V. It uses the older C1 controller but the KUKA programming language is more or less the same. I used it to do piston heads bin picking (KUKA + COGNEX + RELIABOT) at the International Robots and Vision Show in Chicago in 2007. Since then, it has had hardware problems (mostly in the base with some solenoids and the last reported problem was the monitor was not coming on; I think there is some base power and pneumatic issue; I had done some barter trade with another company to obtain this used robot) and it is currently inoperable but can be repaired. Stuart Shepherd (KUKA USA President) knew that I had one and asked about its status in my last meeting with him. So, if Vancouver wants it, we could get it repaired and sent to Vancouver; I am not sure what the cost would be but we could find out. In the meantime I could request the consignment KR-6 that Aptura had used to develop our KUKA + SIEMENS + RELIABOT 2D + 3D driver and we could put it to work in Michigan for our milestones like the Open House in October.

Let me know what you would like to do and we can review this, amongst other topics at our 9am PST 12noon EST SWC call on Tuesday.

Remember we also have a 7pm EST, 4pm PST call on Tuesday with Canon for their Bin Picking opportunity.

These additional topics can include the following (I'll make a highly detailed list this weekend).

Since RELIABOT will be our cash generation machine in the next few months, the following are suggested:

- A RELIABOT sales oriented Bin Picking Setup in Vancouver as discussed. Jeff Beis to lead it.

- TRAINING Opportunity 1 : RELIABOT documentation and learning for Gudel. The Plane Transfer project is successful and up and running; they want documentation and want to discuss new projects with us at our meeting with them on Wed, Sep 3 at 9am (Rick, Pete, Jim and I will attend).

- TRAINING Opportunity 2 : RELIABOT documentation and learning for ICI. An excellent integrator based in Georgetown Kentucky (ex Toyota maintenance personnel). They just finished their fourth or fifth RELIABOT install at Toyota Georgetown (I know you have done a lot of work with Toyota in New Buffalo, WV and I have been there once or twice). This is also another past project and documenting it is a need and the documentation exercise could be used by

| | |
|---|---|
| **From:** | Rick Weidinger |
| **Sent:** | Monday, September 01, 2008 12:40 PM |
| **To:** | Adil Shafi |
| **Subject:** | RE: [Junk released by Allow List] [Fwd: KUKA : Two Robots : Hardware needed for SC3D and RBP setup at KUKA Lab Augsburg] |

I think it would be great, assuming good economics, that we repair existing and send to Vancouver and get new one for Detroit office asap. Rick

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Monday, September 01, 2008 12:34 PM
**To:** Rick Weidinger
**Subject:** [Junk released by Allow List] [Fwd: KUKA : Two Robots : Hardware needed for SC3D and RBP setup at KUKA Lab Augsburg]

### FYI and Comment.

-------- Original Message --------
> **Subject:** KUKA : Two Robots : Hardware needed for SC3D and RBP setup at KUKA Lab Augsburg
> **Date:** Fri, 29 Aug 2008 05:11:59 -0400
> **From:** Adil Shafi <adil.shafi@shafiinc.com>
> **To:** Remus Boca <rboca@braintech.com>
> **CC:** Rob Sim <rsim@braintech.com>, Babak Habibi <bhabibi@braintech.com>, Jeff Beis <jbeis@braintech.com>, Geoff Clark <gclark@braintech.com>, Mohammad Sameti <msameti@braintech.com>, Rick Weidinger <rweidinger@braintech.com>, Pete Manias <pmanias@braintech.com>, Jim Dara <jimdara@braintech.com>, Adil.Shafi@shafiinc.com
> **References:** <F1962646D3B64642B7C9A06068EE1E64048A179B@ex10.hostedexchange.local> <F1962646D3B64642B7C9A06068EE1E6401F85CA9@ex10.hostedexchange.local> <F1962646D3B64642B7C9A06068EE1E640492E205@ex10.hostedexchange.local>


**Team,**

**It occurred to me on the way back home that we could arrange to have a KUKA robot in Vancouver and another in Michigan. In all the hectic time during our summit activities, I forgot to convey that I have a KUKA robot. It is a small KR-3 robot (the number refers to the robot payload in kilograms). It runs on 110V. It uses the older C1 controller but the KUKA programming language is more or less the same. I used it to do piston heads bin picking (KUKA + COGNEX + RELIABOT) at the International Robots and Vision Show in Chicago in 2007. Since then, it has had hardware problems (mostly in the base with some solenoids and the last reported problem was the monitor was not coming on; I think there is some base power and pneumatic issue; I had done some barter trade with another company to obtain this used robot) and it is currently inoperable but can be repaired. Stuart Shepherd (KUKA USA President) knew that I had one and asked about its status in my last meeting with him. So, if Vancouver wants it, we could get it repaired and sent to Vancouver; I am not sure what the cost would be but we could find out. In the meantime I could request the consignment KR-6 that Aptura had used to develop our KUKA + SIEMENS + RELIABOT 2D + 3D driver and we could put it to work in Michigan for our milestones like the Open House in October.**

**Let me know what you would like to do and we can review this, amongst other topics at our 9am PST**