# EXHIBIT YY

**From:** Rick Weidinger
**Sent:** Friday, August 15, 2008 1:27 PM
**To:** Adil Shafi
**Subject:** FYI

..just approved payments today for Will and Pete. Can you process and send me status of Siemens $10,500 payment?
Best, Rick

| | |
|---|---|
| From: | Adil Shafi [adil.shafi@shafiinc.com] |
| Sent: | Monday, September 15, 2008 7:42 AM |
| To: | Rick Weidinger; Rick Weidinger |
| Subject: | ADM : PER : KJN : Wire Confirmation |

Rick, FYI

-------- Original Message --------
Subject: ADM : PER : KJN : Wire Confirmation
Date: Wed, 10 Sep 2008 10:10:03 -0400
From: Adil Shafi <adil.shafi@shafiinc.com>
To: Pete Manias <pmanias@braintech.com>
CC: Adil Shafi <ashafi@braintech.com>

Pete, FYI

**Kevin Jay North**
Work LandLine   (517) 279 – 6268
kjnorth@thememorypage.net
Coldwater   (517) 617 – 4863 : Personal Cell Phone
Coldwater   (517) 278 – 6157 : Home in Coldwater
Coldwater   106 Grand Street, Coldwater, MI 49036

**David Dechow**
President, aptúra Machine Vision Solutions
3130 Sovereign Drive, Suite 5A, Lansing, MI 48911
Area code: (517) 272 – 7820 ext 11
Mobile phone (517) 449 – 5173
David Dechow <ddechow@aptura.com>

**Kevin's Lawyer Information** : See Below

-------- Original Message --------
Subject: ADM : PER : KJN : Wire Confirmation
Date: Wed, 19 Sep 2007 14:50:03 -0400
From: Kevin Jay North <kevin.north@shafiinc.com>
To: Adil Shafi <Adil.Shafi@shafiinc.com>
CC: Charles.Bappert@Coldwaterlaw.com


Dear Adil,

==This Email is to confirm that I have received the full amount of the six weeks of back pay that I am owed.==

Please direct all future communication to me through my attorney. The contact information is:

1

| | |
|---|---|
| From: | Adil Shafi [adil.shafi@shafiinc.com] |
| Sent: | Wednesday, October 15, 2008 6:42 AM |
| To: | Ted White |
| Cc: | Rick Weidinger; Heather Greenlay; Adil Shafi |
| Subject: | ADM : Debt Schedule : Urgent |

**Ted, This could be a newly assigned collection agency for one of the items on the Debt Schedule. I know I am handling the notices I have received for the obligations I have. This one is not familiar to me.**
**Regards, Adil**

Adil

We have reviewed the debt schedule and there is no entry for National Finance. Our position is that, if it is not on the debt schedule, it is your responsibility.

Please clarify.

Thanks

Ted

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Tuesday, October 14, 2008 12:44 PM
**To:** Ted White
**Cc:** Rick Weidinger; Adil Shafi
**Subject:** ADM : Debt Schedule : Urgent

Ted,

My father in law got a call from the following collector today:

Message "Need response in 24 hours for a decision or we will make a decision ourselves".

1 (800) 765 - 2733

Case # 3317991

National Financial

This is not one of the accounts for me to handle.

Regards, Adil

1

**From:** Rick Weidinger
**Sent:** Wednesday, October 15, 2008 8:32 AM
**To:** 'Adil Shafi'; Jim Dara
**Cc:** Pete Manias
**Subject:** FW: ADM : Mark Pilbeam Claim + Additional Notices
**Attachments:** Claims_2008_Oct_15.pdf

Wow. I thought you and jim had a conference call with this guy yesterday to discuss working with Braintech. What's up? Did you guys tell him we were not going to pay him because except for a few netting of payables it is my understanding we are better then current on shafi inc debt payments which would include amounts for past shafi inc employees. I find the timing of this really strange as it is my understanding you have been having conversations with him recently. Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Wednesday, October 15, 2008 6:33 AM
**To:** Ted White
**Cc:** Rick Weidinger; Heather Greenlay; Donna Burr; Adil Shafi
**Subject:** ADM : Mark Pilbeam Claim + Additional Notices

Ted,

In addition to the claims and notices that I gave you last week, the attached have been received.

In particular, former employee Mark Pilbeam has refiled his Labor and Wage Claim. He had previously withdrawn in the hope of having Braintech take care of his past wages and expenses as noted in the Debt Schedule of August 12, 2008. Now that he has not seen any payments, he has refiled. You have a short time limit to provide a response. If you need past accounting records, they were disclosed prior to closing on August 12, and Donna Burr and Jean Middleton at Bruce Rukkila CPA have QuickBook records which I believe have been sent to you.

Regards, Adil Shafi

1