## INDEX OF EXHIBITS

Exhibit 1    Comerica Judgment v. Shafi

Exhibit 2    State of Michigan Judgment v. Shafi

Exhibit 3    State of Michigan Complaint for Wages Owed to Former Shafi Employees

Exhibit 4    Email 10/24/08 from Former Shafi Inc. Employee regarding non-payment of wages

{00009365;v1 }