# Exhibit 1

# Comerica Judgment v. Shafi

{00008506;v1 }

MARGARET M. DUNLEAVY
LIVINGSTON COUNTY CLERK

Approved, SCAO

Original - Court
1st copy - Plaintiff
2nd copy - Defendant

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>44th JUDICIAL CIRCUIT | JUDGMENT<br>Civil | CASE NO.<br>08-23942-CK |
|---|---|---|

**Court address**: 204 S. Highlander Way, Suite 5, Howell, MI 48843

**Court telephone no.**: (517) 546-9816

**Plaintiff(s)**: Comerica Bank

v

**Defendant(s)**: Shafi, Inc., et al

Plaintiff's/Plaintiff's attorney name, address, and telephone no.
Daniel J. Feko (P58733)
Simon, Galasso & Frantz, PLC
363 W. Big Beaver Road, Suite 250
Troy, MI 48084  (248) 720-0290

☑ **JUDGMENT**

For: Plaintiff, Comerica Bank

Against: Defendant, Adil Shafi

Defendant's/Defendant's attorney name, address, and telephone no.
J. P. Murphy (P36728)
535 Griswold Street, Suite 1900
Detroit, MI 48226
(313) 496-1200

☐ Trial                ☑ Consent
☐ Summary Disposition  ☐ Default*

☐ **DISMISSAL**
☐ Without prejudice    ☐ With prejudice
☐ No cause of action

*For a defendant on active military duty, default judgment shall not be entered except as provided by the Servicemembers Civil Relief Act.

**ORDER OF JUDGMENT**

Damages:                                                                                    $ 75,668.19
Costs:    filing $ _____   jury $ _____   motion $ _____   service $ _____                  $ 304.03
Attorney fee:    ☐ statutory  ☑ other (specify) per contract                                $ 2,000.00
Total judgment amount (This judgment will earn interest at statutory rates, computed from the filing date of the complaint.):  $ 82,938.72
The judgment interest accrued thus far is $ 4,966.50  and is based on: (If additional rates apply, attach a separate sheet.)
  ☑ the statutory rate of    11.25 % from 10/07/2008  to 05/05/2009 .
  ☐ the statutory 6-month rate(s) of ____% from _____ to _____ and
                                     ____% from _____ to _____ .

Other conditions, if any:
Count IV of Plaintiff's Complaint is dismissed without prejudice.

☑ Approved as to form, notice of entry waived.
**IT IS ORDERED** that this judgment is granted.
This judgment resolves the last pending claim and closes the case unless checked here. ☐

DAVID J. READER P-27877    5-12-09

Judgment date                                Judge/Court clerk                    P36728   Bar no.

Plaintiff/Attorney                            Defendant/Attorney

Judgment has been entered and will be final unless within 21 days of judgment date a motion for new trial or an appeal is filed.

**CERTIFICATE OF MAILING**    I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

Date                                          Signature

MC 10  (8/08)  **JUDGMENT, CIVIL**    MCL 600.2441, MCL 600.5759, MCL 600.6013, MCR 2.601, MCR 2.602, MCR 2.603, 50 USC 521

## STATE OF MICHIGAN
## IN THE LIVINGSTON COUNTY CIRCUIT COURT

**COMERICA BANK,** a Texas banking association,

          Plaintiff,

Case No. 08-23942-CK
Hon. David Reader

v.

**SHAFI, INC.,** a Michigan corporation, and
**ADIL SHAFI,** an individual,

          Jointly and Severally,
          Defendants.

_____/

| | |
|---|---|
| **SIMON, GALASSO & FRANTZ, PLC**<br>Attorneys for Plaintiff<br>Daniel J. Feko (P58733)<br>Frank R. Simon (P54731)<br>363 W. Big Beaver Rd., Suite 250<br>Troy, MI 48084<br>(248) 720-0290<br>(248) 720-0291 | James P. Murphy (P36728)<br>Attorney for Adil Shafi, only<br>535 Griswold, Suite 1900<br>Detroit, MI 48226<br>(313) 496-1200 |

_____/

### PROOF OF SERVICE

STATE OF MICHIGAN  )
                         )ss
COUNTY OF OAKLAND)

    THERESA BOOSTROM, being first duly sworn, deposes and says that she is employed by SIMON, GALASSO & FRANTZ, PLC, and that she served the Civil Judgment on James P. Murphy, Esq. at 535 Griswold, Suite 1900, Detroit, MI 48226, by placing said copies in an envelope properly addressed to same and depositing said envelope in the United States mail, postage prepaid, on the 18th day of May, 2009.

    I declare that the statements above are true to the best of my information, knowledge and belief.

                                                              */s/ Theresa Boostrom*
                                                              THERESA BOOSTROM