UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant,

                                                            Case No. 09-cv-10454
vs                                                   Hon. Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

    vs

FREDERICK WEIDINGER
and BRAINTECH, INC.,

    Third-Party Defendant/
    Counter-Defendant.

_____

## **APPEARANCE**

TO:        CLERK OF THE COURT

     Please enter the Appearance of Thomas G. McNeill of Dickinson Wright PLLC as counsel on behalf of Frederick Weidinger, Only, in the above-entitled matter.

                                                  DICKINSON WRIGHT PLLC

                                                  By:    s/ Thomas G. McNeill
                                                        Thomas G. McNeill (P36895)
                                                        Attorneys for Frederick Weidinger, Only
                                                        500 Woodward Ave, Suite 4000
                                                        Detroit, Michigan 48226
                                                         Tel:  313.223.3500
                                                        Fax:  313.223.3598
Dated:  February 28, 2011              Email:  tmcneill@dickinsonwright.com

2

> I hereby certify that on February 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.
>
> /s/ Thomas G. McNeill (P36895)
>     DICKINSON WRIGHT PLLC
>     500 Woodward Avenue, Suite 4000
>     Detroit, Michigan  48226
>     (313) 223-3500
>     tmcneill@dickinsonwright.com

DETROIT 49763-1 1194713v1