UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant,

           Case No. 09-cv-10454

vs           Hon. Victoria A. Roberts

ADIL SHAFI,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

vs

FREDERICK WEIDINGER
And BRAINTECH, INC.,

    Third-Party Defendant/
    Counter-Defendant.

_____

## APPEARANCE

TO:    CLERK OF THE COURT

    Please enter the Appearance of Michelle L. Alamo of Dickinson Wright PLLC as counsel on behalf of Frederick Weidinger, Only, in the above-entitled matter.

        DICKINSON WRIGHT PLLC

        By:   s/ Michelle L. Alamo
        Michelle L. Alamo (P60684)
        Attorneys for Frederick Weidinger, Only
        500 Woodward Ave, Suite 4000
        Detroit, Michigan 48226
        Tel: 313.223.3500
        Fax: 313.223.3598

Dated: February 28, 2011        Email: malamo@dickinsonwright.com

2

> I hereby certify that on February 28, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.
>
> /s/ Michelle L. Alamo (P60684)
> DICKINSON WRIGHT PLLC
> 500 Woodward Avenue, Suite 4000
> Detroit, Michigan  48226
> (313) 223-3500
> malamo@dickinsonwright.com

DETROIT 49763-1 1194711v1