EXHIBIT 11   Proposed Order

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC.,

    Plaintiff/Counter-Defendant,

vs

ADIL SHAFI,

    Defendant/Counter-Plaintiff/
    Third-Party Plaintiff,

vs

FREDERICK WEIDINGER
And BRAINTECH, INC.,

    Third-Party Defendant/
    Counter-Defendant.

Case No. 09-10454

Hon. Victoria A. Roberts

Hon. Virginia M. Morgan

---

### [PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT FREDERICK WEIDINGER'S FED. R. CIV. P. 37(b) MOTION TO COMPEL COUNTER-PLAINTIFF ADIL SHAFI TO PRODUCE CERTAIN SOURCE CODE REQUIRED BY THE COURT'S DECEMBER 17, 2010 ORDER

This matter having come before the Court on THIRD-PARTY DEFENDANT FREDERICK WEIDINGER'S FED. R. CIV. P. 37(b) MOTION TO COMPEL COUNTER-PLAINTIFF ADIL SHAFI TO PRODUCE CERTAIN SOURCE CODE REQUIRED BY THE COURT'S DECEMBER 17, 2010 ORDER, and the Court otherwise being informed in the premises therefore,

**IT IS ORDERED** that Counter-Plaintiff Adil Shafi shall:

1. Produce a copy of the referenced source code as-sold and deployed by Advenovation to Hutchinson directly to Weidinger's independent third-party expert, Dr. Martens;

2. File a certification with the Court that the produced software is an accurate copy of the source code as-sold and deployed to Advenovation customer, Hutchinson;

3. Cause his third-party software programming contractor, David Dechow of Aptura Machine Vision Solutions LLC ("Aptura"), to deliver the Reliabot software and source code, as well as copy of the Advenovation source code, in his possession directly to Dr. Martens;

4. Permit Dr. Martens to conduct his review and analysis of the produced software in an appropriate environment to be determined by Dr. Martens.

**IT IS SO ORDERED.**