**Porter, Nicole**

**From:** Marie Metcalf [metcalf_court@msn.com]
**Sent:** Friday, February 04, 2011 12:43 PM
**To:** Porter, Nicole
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

It's in my stack of transcripts that are due. I've been set back two weeks with the flu. I did not know you thought it would be ready on exactly 1/31/11. The ordinary orders can get pushed back for a lot of reasons. Is there a date you're dealing with that you must have this by?

*Marie Metcalf, CVR,CM*
*Federal Official Court Reporter*
metcalf_court@msn.com

---

Subject: FW: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER
Date: Fri, 4 Feb 2011 12:37:52 -0500
From: nporter@nemethburwell.com
To: metcalf_court@msn.com
CC: skoval@nemethburwell.com

Ms. Metcalf:

I am following up on my email of 1/31/11 and telephone message of 2/4/11. Please let me know the status of the transcript requested in the above captioned matter. I was of the understanding that this would be delivered by 1/31/11.

**Nicole Porter**
Legal Secretary to Susan D. Koval
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

***Working with Employers to Prevent, Resolve, and Litigate Employment Disputes***

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

---

**From:** Porter, Nicole
**Sent:** Monday, January 31, 2011 3:29 PM
**To:** 'Marie Metcalf'
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

Hi Marie:

I had a reminder on my calendar that the hearing transcript in this matter would be due soon (30 days today). Just wanted to find out the status.

Thanks,

**Nicole Porter**
Legal Secretary
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

***Working with Employers to Prevent, Resolve, and Litigate Employment Disputes***

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

---

**From:** Porter, Nicole
**Sent:** Friday, January 07, 2011 2:12 PM
**To:** 'Marie Metcalf'
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

Marie – We are sending out the deposit today so it should be to you Monday. Thanks!

**Nicole Porter**
Legal Secretary
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

***Working with Employers to Prevent, Resolve, and Litigate Employment Disputes***

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

---

**From:** Marie Metcalf [mailto:metcalf_court@msn.com]
**Sent:** Friday, January 07, 2011 1:44 PM
**To:** Porter, Nicole
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

Oh Nicole, I'm so sorry. I thought I had given you the amount and was waiting for your deposit!

The deposit due is $146.00, which is regular delivery. If you get the deposit in, I'll start the clock from January 1, 2011, and it's roughly 30 days delivery.

Thank you,
mm

Make check payable to:

Marie Metcalf
257 U.S. Courthouse
231 W. Lafayette
Detroit, Michigan 48226

*Marie Metcalf, CVR,CM*
*Federal Official Court Reporter*
metcalf_court@msn.com

---

Subject: RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER
Date: Fri, 7 Jan 2011 12:24:08 -0500
From: nporter@nemethburwell.com
To: metcalf_court@msn.com

Ms. Metcalf:

I just wanted to follow up on this as I had not heard from you yet. Can you let me know the deposit amount and when we can expect the transcript? Thank you.

**Nicole Porter**
Legal Secretary to Susan D. Koval
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

***Working with Employers to Prevent, Resolve, and Litigate Employment Disputes***

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

---

**From:** Marie Metcalf [mailto:metcalf_court@msn.com]
**Sent:** Tuesday, December 28, 2010 9:40 AM
**To:** Porter, Nicole
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

Hello,

The record is being FedEx'd to me today and when I get it tomorrow, I'll let you know the deposit due for regular delivery.

Thank you,
mm

*Marie Metcalf, CVR,CM*
*Federal Official Court Reporter*
metcalf_court@msn.com

---

Subject: RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER
Date: Tue, 28 Dec 2010 09:34:02 -0500
From: nporter@nemethburwell.com
To: metcalf_court@msn.com

Ms. Metcalf:

Slight change of plans. The attorneys have decided that they do not need the transcript to be expedited. If you can please advise me as to what the regular turn around is, and costs for same, I would appreciate it.

Thank you for your kind attention in this regard,

**Nicole Porter**
Legal Secretary to Susan D. Koval
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

*Working with Employers to Prevent, Resolve, and Litigate Employment Disputes*

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

---

**From:** Marie Metcalf [mailto:metcalf_court@msn.com]
**Sent:** Monday, December 27, 2010 8:01 PM
**To:** Porter, Nicole
**Subject:** RE: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER

Hello,

I forwarded your request to the court reporting supervisor. I don't believe the transcript could be completed until the end of the day Thursday since the record has to be fed ex'd out this week to be transcribed (even to me). Let me know if this would work for you and we'll go from there.

mm

*Marie Metcalf, CVR,CM*
*Federal Official Court Reporter*
metcalf_court@msn.com

---

Subject: BRAINTECH, INC. V. ADIL SHAFI, et al. TRANSCRIPT ORDER
Date: Mon, 27 Dec 2010 11:02:28 -0500
From: nporter@nemethburwell.com
To: metcalf_court@msn.com
CC: skoval@nemethburwell.com; awidlak@nemethburwell.com

Ms. Metcalf:

Per your voicemail recording, I am requesting a transcript of the following hearing:

**Case Name:** ADIL SHAFI v. FREDERICK WEIDINGER AND BRAINTECH, INC.
**Case Number:** 09-10454
**Motion Name:** Amended Motion to Quash Subpoenas and Amended Motion for Protective Order
**Before:** Judge Virginia Morgan
**On:** Friday, December 17, 2010 at 1:30 p.m.

The hearing only lasted approximately a half hour. We are requesting this transcript be expedited for turn around in the next day or so. Please contact me immediately regarding your fee for same, and when we can expect the transcript to be emailed.

Thank you,

**Nicole Porter**
Legal Secretary to Susan D. Koval
NEMETH BURWELL, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
**T:** 313-567-5921
**F:** 313-567-5928
**Email:** nporter@nemethburwell.com
**Website:** www.nemethburwell.com

***Working with Employers to Prevent, Resolve, and Litigate Employment Disputes***

**The information contained in this email is confidential and may also be subject to the attorney client privilege or may constitute privileged work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the agent or employee responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.**

**Porter, Nicole**

| | |
|---|---|
| **From:** | Marie Metcalf [metcalf_court@msn.com] |
| **Sent:** | Sunday, February 13, 2011 12:56 PM |
| **To:** | Porter, Nicole |
| **Subject:** | BRAINTECH V. SHAFI TRANSCRIPT |
| **Attachments:** | Braintech v. Shafi - Motion - 12-13-10.pdf |

Hello,
Please find attached transcript you ordered in the above-captioned matter. I will forward an updated invoice separately in the next day or two.
Thank you,
mm

*Marie Metcalf, CVR,CM*
*Federal Official Court Reporter*
metcalf_court@msn.com