UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,                                       CASE NUMBER 09-CV-10454

       Plaintiff,                          HONORABLE VICTORIA A. ROBERTS

v.                                                 MAGISTRATE JUDGE LAURIE J. MICHELSON

FREDERICK WEIDINGER AND BRAINTEDH,
INC.,

       Defendants,

_____/

**NOTICE OF HEARING**

     The District Judge having entered an order pursuant to 28 U.S.C. 636(b)(1)(A) referring **DEFENDANT'S MOTION TO COMPEL #91** to United States Magistrate Judge Laurie J. Michelson for hearing and determination.

     The motion is set for hearing on **APRIL 14, 2010 @ 10:00 A. M.**, before the Magistrate Judge in courtroom 648, Theodore Levin U.S. Courthouse, Detroit, Michigan. Counsel may bring an appropriate order granting or denying the motion to the hearing.

     **A separate copy of motion and any responsive pleadings shall be sent directly to Magistrate Judge Michelson's chambers at 648 U.S. Courthouse, Detroit, MI 48226.**

**SPECIAL REQUIREMENTS FOR DISCOVERY MOTIONS**

     If the motion addresses discovery issues, counsel shall comply with the following requirements:

     **A.**    Pursuant to E.D. Mich. Local Rule 37.1, counsel shall meet and confer on all presently pending discovery motions that have been referred to the Magistrate Judge. Because the Local Rule requires a good faith effort to narrow the areas of disagreement to the greatest possible extent, it is not satisfied by mere compliance with Local Rule 7.1, which requires the moving party to seek concurrence in a motion. Accordingly, the parties are directed to meet and confer **face-to-face** in advance of the hearing. The face-to-face requirement is not satisfied by a telephonic conference, unless exceptional circumstances exist which make a make a face-to-face conference not feasible. In that case, prior to holding a telephonic conference, the moving party will submit a written statement to the Magistrate Judge explaining why a telephonic conference is necessary.

     **B.**    The L.R. 37.1 conference shall include an item-by-item discussion of each issue in dispute. Any party refusing to appear for this meeting or to confer as the Court has directed will be subject to sanctions.

**C.** No later than **APRIL 11, 2010**, the movant must notify the Magistrate Judge of the results of the conference in writing. If the disputed issues have all been resolved, the parties shall submit to the Magistrate Judge a stipulation and proposed order disposing of the motion.

If unresolved issues remain, the parties shall file a Joint List of Unresolved Issues no later than **APRIL 12 , 2010**. The Joint List of Unresolved Issues must be filed electronically.

The Joint List of Unresolved Issues shall enumerate and state, in a succinct fashion, the respective positions of each party on every issue which remains in dispute. The Joint List shall not exceed ten (10) pages. No exhibits or attachments shall be filed with the Joint List. The Joint List of Unresolved Issues must be signed by all parties to the dispute, or their attorneys.

        s/Laurie J. Michelson
        LAURIE J. MICHELSON
        UNITED STATES MAGISTRATE JUDGE

Dated:  March 29, 2011

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 29, 2011.

        s/Susan Jefferson
        Deputy Clerk