UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Adil Shafi,

    Counterclaim Plaintiff/
    Third Party Plaintiff,

                      Case No: 09-10454
vs                                    Honorable Victoria A. Roberts
                                     Magistrate Judge Michelson

Braintech, Inc. and
Frederick Weidinger,

    Counterclaim Defendants/
    Third Party Defendants,

_____/

## SCHEDULING ORDER (PHASE II)

**PLEASE DOCKET IMMEDIATELY:**
**NO FURTHER NOTICE OF THESE DATES WILL BE SENT**
1. Setting Date for filing of Final Pretrial Order;
2. Setting date of Final Pretrial Conference;
3. Setting Trial date;
4. Providing for content of Final Pretrial Order and describing material to be prepared and to be made available to the Court and counsel; and
5. Setting forth brief format requirements.


1.    Deadline for filing Joint Pretrial Order:  6/3/11                            .

2.    *Deadline for filing all other Motions in Limine:  6/3/11                    .

3.    *Deadline for filing Responses to Motions in Limine:  6/10/11              .

4.    Final Pretrial Conference Date and Time:  6/17/11 at 10:00 am           .
    **Trial counsel must be present at the Final Pretrial Conference.**

5.    Hearing on Motions in Limine:  6/17/11 at 10:00 am                    .

6.   Trial date and time:   6/28/11-7/1/11 at 9:00                                                      .

   Jury Trial      X              

   Non Jury Trial                  

**PLEASE NOTE THE FOLLOWING**:

1.   The parties **may not stipulate** to extend any dates.

2.   **Briefing Schedule**: Unless specifically addressed in this Order, the local court rules apply for filing responses and replies to motions.

3.   **All briefs** must comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. Unpublished cases should be attached. **Counsel are to highlight relevant portions of exhibits to which the Court's attention should be directed.** Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to. A courtesy copy of all motions and briefs must be submitted directly to Judge Roberts' chambers.

4.   **Motion hearings**: Pursuant to L.R. 7.1(e)(2), the Court will decide motions on the briefs filed, **UNLESS** the Court issues a Notice of Motion Hearing.

5.   **Bench trials**: Findings of Fact and Conclusion of Law are to be submitted on the first day of trial.

   * Motions in Limine can be filed in Bench Trials only with leave of court.

**THE ABOVE CONSTITUTES AN ORDER OF THIS COURT.**


                                                                    /s/ Victoria A. Roberts       
Dated: 3/30/11                                            Honorable Victoria A. Roberts
                                                           United States District Judge


(Revised: 12/10)

2