**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ADIL SHAFI.,

       Counter-Plaintiff/ Third Party Plaintiff,      Case No. 09-10454
                                                 Hon. Victoria A. Roberts
v.                                              Mag. Judge Laurie J. Michelson

FREDERICK WEIDINGER and
BRAINTECH, INC.,

       Third Party Defendants/ Counter-Defendants.
_____/

**ORDER WITHDRAWING MOTION TO COMPEL AS MOOT**

This matter is before the court on the Motion to Compel Discovery (Dkt 91) filed by

Frederick Weidinger and joined in by Braintech, Inc. (Dkt 93).  Adil Shafi filed a response (Dkt

98) and the Motion was scheduled for hearing on April 14, 2011.  (Dkt 99).

The movant has advised the court that the Motion is now moot as a result of the District

Court's April 5, 2011 Order granting in part and denying in part Defendants' Motion for

Summary Judgment.  (Dkt 103).

Accordingly, the Defendants' Motion to Compel is **WITHDRAWN** as **MOOT.**

**IT IS SO ORDERED.**

Date:   April 6, 2011                        s/Laurie J. Michelson_____
                                         Laurie J. Michelson
                                         United States Magistrate Judge

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or
parties of record by electronic means or U.S. Mail on April 6, 2011.

                                      s/Susan Jefferson_____
                                        Deputy Clerk