UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,

    Counter-Plaintiff/
    Third-Party Plaintiff,

v.

FREDERICK WEIDINGER AND
BRAINTECH, INC.,

    Third-Party Defendant/
    Counter-Defendant.

Case No. 09-10454

Hon. Victoria A. Roberts

---

### DISMISSED THIRD-PARTY DEFENDANT FREDERICK WEIDINGER'S SUBMISSION CONCERNING PLAINTIFF'S MOTION IN LIMINE

On June 3, 2011, Plaintiff filed a motion limine in which he characterized as "malicious" and "vexatious" the lawsuit Robotic VISIONS Technologies, LLC, and Rick Weidinger filed on March 14, 2011, in the United States District Court for the Eastern District of Virginia. Plaintiff's Br. Supp. Mot. Limine at 5, 6. As an exhibit to that motion, Plaintiff attached his motion to dismiss or, in the alternative, to transfer venue filed in the Virginia Action.

To further inform the Court as to the nature and basis for the Virginia Action, Weidinger submits herewith the brief in response filed in the Virginia Action. *See* Exhibit 1 (without referenced exhibits).[1]

The federal court in Virginia has scheduled a hearing for June 17, 2011.

---

[1] The exhibits would add substantial volume to this filing. However, to the extent the Court would like to review any of the exhibits, Weidinger immediately will submit them upon the Court's request.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: ___s/ Michelle L. Alamo___
Thomas G. McNeill (P36895)
TmcNeill@dickinsonwright.com
Michelle L. Alamo (P60684)
Malamo@dickinsonwright.com
Attorneys for Frederick Weidinger, Only
500 Woodward Ave, Suite 4000
Detroit, Michigan 48226
Tel: 313.223.3500
Fax: 313.223.3598

Geoffrey J. Greeves
PILLSBURY WINTHROP SHAW PITTMAN LLP
Co-Counsel for Frederick Weidinger, Only
2300 N Street, N.W.
Washington, DC 20037-1122
(202) 663-9228
geoffrey.greeves@pillsburylaw.com

Dated: June 13, 2011

---

I hereby certify that on June 13, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record.

/s/ Michelle L. Alamo (P60684)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
malamo@dickinsonwright.com

DETROIT 49763-1 1208758v1