UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC., a Nevada corporation,

    Plaintiff/Counter-Defendant,

v.

ADIL SHAFI, an individual,

    Defendant/Counter-Plaintiff,
    Third-Party Plaintiff,

v.

FREDERICK WEIDINGER, an individual,

    Third-Party Defendant.
_____/

Case No. 09-10454

Hon. Victoria A. Roberts

## ADIL SHAFI'S RESPONSE TO BRAINTECH, INC.'S
## FIRST REQUESTS FOR ADMISSION

Defendant, Adil Shafi, through its attorneys, Berry Moorman P.C., in response to Braintech Inc.'s First Requests for Admission, avers as follows:

## REQUESTS FOR ADMISSION

**REQUEST TO ADMIT NO. 1:**

Admit that the information relating to Reliabot that is contained on the Product Readiness Table, attached hereto as Exhibit 1, was provided to Braintech by Adil Shafi.

**RESPONSE:**

Denied.

**RESPONSE:**

Admitted.

**REQUEST TO ADMIT NO. 61:**

Admit that on October 1, 2008, representatives of Braintech instructed Adil Shafi to cease informing creditors that Braintech had assumed SI's liabilities.

**RESPONSE:**

Denied.

**REQUEST TO ADMIT NO. 62:**

Admit that you have deleted Braintech emails.

**RESPONSE:**

Admitted.

**REQUEST TO ADMIT NO. 63:**

Admit that you have deleted SI or SII emails.

**RESPONSE:**

Admitted.

**REQUEST TO ADMIT NO. 64:**

Admit that you have destroyed Braintech paper documents.

**RESPONSE:**

Denied.

Respectfully submitted,

BERRY MOORMAN P.C.

By:   s/James P. Murphy
     James P. Murphy (P36728)
     Attorneys for Defendant
     535 Griswold, Suite 1900
     Detroit, Michigan 48226
     (313) 496-1200
     murph@berrymoorman.com

Dated: September 28, 2009