UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,

    Counter-Plaintiff/Third Party Plaintiff,

vs                                                   Case No: 09-10454
                                                         Honorable Victoria A. Roberts

FREDERICK WEIDINGER and
BRAINTECH, INC.,

    Third Party Defendant/Counter-Defendant.
_____/

AND

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER,

    Plaintiff

vs                                                   Case No: 11-12909
                                                  Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant.
_____/

## ORDER

On October 11, 2011, the Court held a Status Conference. Attending were Sheryl Laughren and David Foy representing Adil Shafi; Anne Widlak and Susan Koval representing Braintech; and Tom McNeill representing Frederick Weidinger and Robotic Vision Technologies.

The parties pointed out that in July, 2011, a related case, *Robotics Vision Technologies LLC, et al v Adil Shafi*, case no: 11-12909 was transferred from the Eastern District of Virginia and is pending here under case number 11-12909. It was

transferred with a motion to dismiss pending, fully briefed albeit under Fourth Circuit law.

Based on the discussion held, the Court orders:

1. The motion to dismiss in case no: 11-12909 will be resubmitted relying on Sixth Circuit Law.

This is the briefing schedule:

Motion Due: November 4, 2011

Response: November 14, 2011

Reply: November 21, 2011

Motion Hearing: December 20, 2011 at 2:00 pm

Discovery is stayed pending resolution of this motion.

2. A motion in limine is pending in 09-10454.

This is the briefing schedule:

Response Due: November 4, 2011

Reply: November 14, 2011

If the Court denies the motion to dismiss, it will consider whether these two cases should be consolidated for purposes of trial.

**IT IS ORDERED.**

                                     /s/ Victoria A. Roberts  
                                     Victoria A. Roberts  
                                     United States District Judge

Dated: October 14, 2011

`2:09-cv-10454-VAR-LJM   Doc # 118   Filed 10/14/11   Pg 3 of 3   Pg ID 2940`

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 14, 2011.<br><br>s/Linda Vertriest<br>Deputy Clerk |