**STATEMENT OF QUESTION PRESENTED**

1. **SHOULD THE "NOTICE PROVISION" OF THE SHARE PURCHASE AGREEMENT BE ALLOWED TO CLARIFY THE AMBIGUOUSLY WORDED EMPLOYMENT AGREEMENT?**

   Shafi responds yes.

2. **IN THE EVENT THAT BRAINTECH HAD GOOD CAUSE TO TERMINATE SHAFI, BUT FAILED TO PROPERLY APPRISE SHAFI OF HIS TERMINATION, CAN SHAFI BE AWARDED SEVERANCE PAY?**

   Shafi responds yes.

{00038431;v1 }