MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Adil Shafi,
      Counter-Plaintiff/Third Party Plaintiff

                                  Case Number: 09-10454

v.                                    Honorable Victoria A. Roberts
                                  Magistrate Judge Laurie Michelson

Frederick Weidinger, et al,
      Counter-Defendants/Third Party
      Defendant,

and

Robotic Visions Technologies, LLC, et al
      Plaintiffs,

vs

                                    Case No: 11-12909

Adil Shafi,                           Honorable Victoria A. Roberts
      Defendant.                    Magistrate Judge Laurie Michelson

_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

      **IT IS ORDERED** that this matter is referred to United States Magistrate Judge

Michael Hluchaniuk for the following purpose(s):

- **Conduct Settlement Conference 2/16/12 at 10:00 am**

DATED: 1/13/12 _____           /s/ Victoria A. Roberts _____
                                    Victoria A. Roberts
                                    United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing.

                                    /s/ Linda Vertriest _____
                                    Deputy Clerk