MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Adil Shafi,
    Counter-Plaintiff/Third Party
    Plaintiff,

    Case Number: 09-10454
    Honorable Victoria A. Roberts
v.    Magistrate Judge Lauie Michelson

Frederick Weidinger, et al,
    Counter-Defendants/Third Party
    Defendants

and

Robotic Visions Technologies, LLC, et al,
    Plaintiffs,

    Case No: 11-12909
    Honorable Victoria A. Roberts
vs    Magistrate Judge Laurie Michelson

Adil Shafi,
    Defendant.
_____/

## CORRECTED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Laurie Michelson for the following purpose(s):

■ **Conduct Settlement Conference 2/16/12 at 10:00 am**

DATED:   1/13/12

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon all counsel of record on the above date by electronic filing.

/s/ Linda Vertriest
Deputy Clerk