# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs

BRAINTECH, INC,

    Counter-Defendant,
_____/

Case No. 09-10454
Hon. Victoria A. Roberts
Hon. Laurie J. Michelson

AND

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER, an individual,

    Plaintiff

vs

ADIL SHAFI,

    Defendant.
_____/

Case No. 11-12909
Hon. Victoria A. Roberts
Hon. Laurie J. Michelson

## STIPULATION RESCHEDULING SETTLEMENT CONFERENCE TO MARCH 2, 2012 AND ORDER

The parties hereby stipulate and agree to reschedule the settlement conference from Thursday, February 16, 2012 to Friday, March 2, 2012 at 2:00 p.m., due to Defendant Shafi's scheduling conflict with the original scheduled date.

SO ORDERED.

s/Laurie J. Michelson
Laurie J. Michelson
United States Magistrate Judge

Dated: February 15, 2012

{00048646;v1 }

/s/ David M. Foy

Sheryl A. Laughren (P34697)
David M. Foy (P42574)
Noah S. Hurwitz (P74063)
BERRY MOORMAN P.C.
Attorneys for Adil Shafi
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200


NEMETH BURWELL, P.C.

By: /s/ Susan D. Koval (with permission)

Susan D. Koval (P59297)
NEMETH BURWELL, PC
Attorney for Braintech, Inc.
200 Talon Centre Drive, Suite 200
Detroit, Michigan 48207
(313) 567-5921
skoval@nemethburwell.com
P59297

DICKINSON WRIGHT

By: /s/ Thomas G. McNeill (with permission)

Thomas G. McNeill (P36895)
Attorney for Weidinger, Robotic Vision Technologies
500 Woodward Ave, Suite 4000
Detroit, Michigan 48226
Tel: 313.223.3500
tmcneill@dickinsonwright.com

{00048646;v1 }