UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs                                                  Case No. 09-10454
                                                    Hon. Victoria A. Roberts

BRAINTECH, INC,

    Counter-Defendant,
_____/

AND

ROBOTIC VISION TECHNOLOGIES, LLC, and
FREDERICK WEIDINGER, an individual,

                                                      Case No. 11-12909
    Plaintiff                                           Hon. Victoria A. Roberts
vs

ADIL SHAFI,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I hereby certify that on May 9, 2012, I electronically filed Berry Moorman PC's Motion for Leave to Withdraw as Adil Shafi's Counsel and served the motion on my Shafi by email at:

    ashafi@provide.net

                                                      Respectfully submitted,
                                                      /s/ Noah S. Hurwitz
                                                      Sheryl A. Laughren (P34697)
                                                      Noah S. Hurwitz (P74063)
                                                      BERRY MOORMAN P.C.
                                                      Attorneys for Adil Shafi
                                                      535 Griswold, Suite 1900
May 9, 2012                                        Detroit, MI 48226

{00057749;v1 }                                   1