UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs                                                                     Case No: 09-10454
                                                                    Hon. Victoria A. Roberts

BRAINTECH, INC.,

    Counter-Defendant,

AND

ROBOTIC VISION TECHNOLOGIES LLC,
and FREDERICK WEIDINGER, an individual,

    Plaintiff,                                                    Case No. 11-12909
                                                                    Hon. Victoria A. Roberts

vs

ADIL SHAFI,

    Defendant.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND STAYING CASE

    Noah S. Hurwitz and Berry Moorman PC, attorneys of record for Adil Shafi, filed a Motion to Withdraw [doc 34]. Mr. Shafi was served with the motion and through counsel, indicates that he is in agreement with the motion.

    The motion is **GRANTED.** Noah S. Hurwitz is ordered to serve a copy of this Order upon Mr. Shafi, by first class mail and certified mail, return receipt requested. A Proof of Service must be filed with the Court.

    Adil Shafi has until June 18, 2012, to have counsel appear on his behalf or notify the Court that he wishes to proceed on his own without counsel. This matter is stayed

until June 19, 2012 at 3:30 PM, at which time, the Court will hold a telephone status conference.

    **IT IS ORDERED.**

S/Victoria A. Roberts
United States District Judge

Dated: 5/16/2012