*U.S. District Court*
*Per Clerk: Caption*
*"Request For Extension"*

To      : Judge Victoria Roberts
~~From~~   : ~~Adil Shafi~~
Case    : 09-10454
~~Date~~   : June 18, 2012
Re      : Alternate Counsel per Motion Decision dated May 16, 2012
Cc      : Mr. Keefe Brooks, Brooks Wilkins Sharkey & Turco PLLC. Tel 248.971.1800

---

**Dear Judge Roberts,**

I have organized this letter in two parts:

1. Background
2. Request

**1. Background**

This case began in 2009. Prior to that I had run a successful robotics business that did much innovation, positive turnarounds in factories and manufacturing good in the US. I ran SHAFI, Inc. for more about 18 years. Towards the end, I overextended my company's finances at the time the recession began and it caused me to reach a financially difficult situation. Within a year, based on my company's successes, Braintech led by Mr. Rick Weidinger purchased my company for about $ 3 million in a deal that included debt alleviation through an agreed debt payment schedule, a compensation package with employment, and shares in Braintech. I was appointed as COO of the new combined company with broad responsibilities and a series of promises were made to help me execute in my new position. The sale closed on August 12, 2008. Shortly after that Braintech and Weidinger reneged on virtually all counts of the deal. They breached the debt payments, they reneged on my employment conditions, ignored the covenants and assumptions made in the employment agreement and failed to register my shares with the SEC. As a result, I received about $145,000 instead of the $ 3 million in compensation. After three difficult months as an employee, I was ousted and then threatened with a lawsuit. This ensued. I countersued. They did not represent so you dismissed their case. My counterclaim with several counts survived. Later you dropped several of my counts and today only the employment claim stands. In the meantime, Weidinger did some questionab le bank maneuvers, burned his other staff at Braintech, foreclosed the company, formed a new company called RVT and today operates this new company without much respect left in the industry. I, in the meantime formed a new company and have worked very hard to get back on my feet during the recession and with the enormous financial burden placed on me with Weidinger's utter disregard for the financial covenants he made. I see every day that more than 20 years of innovation work and creativity was lost due to Weidger's breaches and I have lost so much due to his breaches.

## 2. Request

Now, as I try to get back on my feet, things are improving for me, but I am behind in my payments to my legal firm Berry Moorman. My good friend and counsel Mr. Murphy passed away a year ago. His partners have tried to help me but without "Murph"s knowledge and with payments behind they have filed to withdraw. I maintain a good relationshp with them and am grateful for their contribution.

Per your May 16 order, I have looked for alternate firms to represent me and found that Brooks Wilkins Sharkey & Turco PLLC will be the best firm to help me going forward. They are busy until early August and their retainer requirements will be completed in July. As such I would like to request an extension in the case until early August. If this is not possible, I will have to represent myself, and I am not legally trained.

Sincerely,
Adil Shafi
734.516.6761
ashafi@provide.net
7517 Radcliffe, Brighton, MI 48114