UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff,

vs                                                                          Case No: 09-10454
                                                                            Honorable Victoria A. Roberts

BRAINTECH, INC.,

    Counter-Defendant,

AND

ROBOTIC VISION TECHNOLOGIES, LLC,
and FREDERIC, WEIDINGER,

    Plaintiff,

vs                                                                          Case No: 11-12909
                                                                            Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant.
_____/

## ORDER

On June 18, 2012 Adil Shafi filed a motion to continue the stay and adjourn the telephone status conference.

Mr. Shafi's motion is **GRANTED**.  These matters remain **STAYED**.  The Court will hold a telephone status conference on August 6, 2012 at 10:00 am.  The Court will initiate the conference call.

**IT IS ORDERED**.

                                        S/Victoria A. Roberts
                                        Victoria A. Roberts
                                        United States District Judge

Dated:  June 26, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 26, 2012.

S/Linda Vertriest
Deputy Clerk