UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI, an individual,

    Counter-Plaintiff

vs                                                                                                                Case No: 09-10454
                                                                                                         Honorable Victoria A. Roberts

BRAINTECH, INC.,

    Counter-Defendant,

and

ROBOTIC VISION TECHNOLOGIES, LLC,
and FREDERIC WEIDINGER,

    Plaintiff,

vs                                                                                              Case No: 11-12909
                                                                                            Honorable Victoria A. Roberts

ADIL SHAFI,

    Defendant.
_____/

## **ORDER**

       On Monday, August 6, 2012, the Court held a telephone conference. Attending were Adil Shafi, in pro per; Susan Koval and Anne Widlak representing Braintech; and Thomas McNeill representing Robotic Vision Technology and Frederick Weidinger. Based on the discussion held, the following is ordered:

       1. The Court has given Mr. Shafi sufficient time to find counsel and to have new counsel file an appearance. New counsel must file an appearance by noon, Friday, August 10, 2012. That is when the Stay will be lifted.

2. The Court will hold an in person status conference on Monday, August 13, 2012 at 4:00 pm.

3. If counsel for Mr. Shafi does not file an appearance by Friday, August 10, 2013, Mr. Shafi will proceed in pro per and must attend the status conference on August 13, 2012.

4. If Mr. Shafi retains counsel, he must notify his attorney immediately of the status conference.

**IT IS ORDERED**.

 /s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  August 9, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 9, 2012.

S/Linda Vertriest
Deputy Clerk