

```
To      Judge Victoria Roberts
From    Adil Shafi
Case    09-10454
Date    September 4, 2012
Re      Appeal to Payment Order dated August 23 , 2012
Cc      Mr. James Mitchell, Mitchell Intellectual Property Law, PLLC. (616) 965 – 2430
```

**FILED SEP 0 4 2012**
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

**Dear Judge Roberts,**

I have organized this letter in two parts:

1. Appeal to Mr. McNeil's Bill
2. Payment Timing and Capability

### 1. Appeal to Mr. McNeil's Bill

During our meeting in your chambers, I recall you asked opposing counsel for their billing time for the meeting. I do not believe you asked them to do additional work nor to bill their time in their offices. Ms. Widlak complied and submitted an invoice for 1.8 hours. I believe that that is reasonable. However, Mr. McNeil took the liberty to write a memorandum (which you did not ask him to do), and also fattened up his bill by office work which is also what you did not ask him to do. He, I believe, took unfair advantage of the situation. I therefore request you to amend your order to limit Mr. McNeil's bill to the time he spent in your chambers as you had instructed him.

### 2. Payment Timing and Capability

As you know, I have stated before that Mr. Weidinger and Braintech's breaches caused immense financial damage and suffering to me. I am, after four years, still working to recover from those devastating breaches. I try to plan my cash flow carefully and your order which I received at the end of August with a September 4 deadline came as a surprise date which I cannot meet with my cash flow. I therefore request you to give me more time to make the payment; perhaps by September 30 which is a realistic timeframe for me to plan and make the payments.

I have, in the meantime, been working weekends and 80 to 100+ hour weeks to overcome these challenges. I apologize, if I have taken time to respond to your order.

Sincerely,
Adil Shafi
734.516.6761
ashafi@provide.net
7517 Radcliffe, Brighton, MI 48114

GARY ABERNATHY #42004-039
FCI BEAUMONT MEDIUM
FEDERAL CORRECTIONAL
INSTITUTION P.O. BOX 26040
BEAUMONT, TX 77720

Legal Mail
#62282700??

Judge Victoria A. Roberts (Clerk's office)
⇔42004-039⇔
Us District Court
231 W. Lafayette BLVD
Detroit, MI 48226
United States

AUG 27 2012

Legal Mail

Legal Mail