UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ADIL SHAFI, | Case No. 2:09-cv-10454 |
| Counter-Plaintiff, | Honorable Victoria A. Roberts |
| Vs. | **APPEARANCE** |
| BRAINTECH, INC., | |
| Counter-Defendant. | |

_____/

| | |
|---|---|
| T. Michael Doyle (P12931) | Ann Bagno Widlak (P35763) |
| John J. Doyle (P46865) | Susan D. Koval (P59297) |
| DOYLE & MALINZAK, P.C. | NEMETH BURWELL |
| Attorney for Counter-Plaintiff | Attorney for Counter-Defendant |
| 45 Blue Star Highway | 200 Talon Centre Drive, Suite 200 |
| Douglas, Michigan 49406 | Detroit, Michigan 48207-5199 |
| (269) 857-3111 | (313) 576-5921 |

_____/

NOW COMES John J. Doyle of Doyle & Malinzak, P.C. and hereby enters his Appearance for and on behalf of Counter-Plaintiff, Adil Shafi, in the above entitled matter.

Dated: September 10, 2012        DOYLE & MALINZAK, P.C.
                                 Attorney for Counter-Plaintiff

                                 By: */s/ John J. Doyle*
                                     T. Michael Doyle (P12931)
                                     John J. Doyle (P46865)
                                     45 Blue Star Highway
                                     Douglas, Michigan 49406
                                     (269) 857-3111