UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Adil Shafi,

    Counter-Plaintiff,

                                                          Case No: 09-10454

vs                                                      Honorable Victoria A. Roberts
                                                     Magistrate Judge Michelson

Braintech and Frederick Weidinger,

    Counter-Defendant.
_____/

## SCHEDULING ORDER (PHASE II)

**PLEASE DOCKET IMMEDIATELY:
NO FURTHER NOTICE OF THESE DATES WILL BE SENT**

1. Setting Date for filing of Final Pretrial Order;
2. Setting date of Final Pretrial Conference;
3. Setting Trial date;
4. Providing for content of Final Pretrial Order and describing material to be prepared and to be made available to the Court and counsel; and
5. Setting forth brief format requirements.

1. Deadline for filing Joint Pretrial Order:   4/30/13  .

2. *Deadline for filing all other Motions in Limine:  4/30/13  .

3. *Deadline for filing Responses to Motions in Limine:  5/7/13  .

4. Final Pretrial Conference Date and Time:  5/14/13 at 10:00 am  .
   **Trial counsel must be present at the Final Pretrial Conference.**

5. Hearing on Motions in Limine:  5/14/13 at 10:00 am  .

6. Trial date and time:   5/21/13 through 5/23/13 at 9:00 am  .

      Jury Trial   X  

1

Non Jury Trial _____

**PLEASE NOTE THE FOLLOWING**:

1. The parties **may not stipulate** to extend any dates.

2. **Briefing Schedule**: Unless specifically addressed in this Order, the local court rules apply for filing responses and replies to motions.

3. **All briefs** must comply strictly with LR 7.1 (Statement of Issues, Statement of Controlling/Most Appropriate Authority), and, in addition, must contain a Table of Contents, an Index of Authorities and an Index of Exhibits. The Exhibits must be tabbed. Unpublished cases should be attached. **Counsel are to highlight relevant portions of exhibits to which the Court's attention should be directed.** Furthermore, the format requirements as set forth in LR 5.1 must be strictly adhered to. A courtesy copy of all motions and briefs must be submitted directly to Judge Roberts' chambers.

4. **Motion hearings**: Pursuant to L.R. 7.1(e)(2), the Court will decide motions on the briefs filed, **UNLESS** the Court issues a Notice of Motion Hearing.

5. **Bench trials**: Findings of Fact and Conclusion of Law are to be submitted on the first day of trial.

   \* Motions in Limine can be filed in Bench Trials only with leave of court.

**THE ABOVE CONSTITUTES AN ORDER OF THIS COURT.**

Dated: 3/27/13

/s/ Victoria A. Roberts
Honorable Victoria A. Roberts
United States District Judge

(Revised: 12/10)