UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ADIL SHAFI, | Case No. 2:09-cv-10454 |
|    Counter-Plaintiff, | Honorable Victoria A. Roberts |
| Vs. | **SUBSTITUTION OF ATTORNEY** |
| BRAINTECH, INC., | |
|    Counter-Defendant. | |

_____/

| | |
|---|---|
| T. Michael Doyle (P12931) | Ann Bagno Widlak (P35763) |
| DOYLE & MALINZAK, P.C. | Susan D. Koval (P59297) |
| Attorney for Counter-Plaintiff | NEMETH BURWELL |
| 45 Blue Star Highway | Attorney for Counter-Defendant |
| Douglas, Michigan 49406 | 200 Talon Centre Drive, Suite 200 |
| (269) 857-3111 | Detroit, Michigan 48207-5199 |
| | (313) 576-5921 |

_____/

**NOTICE**

I replace attorney John J. Doyle on behalf of Defendant, Adil Shafi, in the above entitled matter.

Dated: May 10, 2013

DOYLE & MALINZAK, P.C.
Attorney for Counter-Plaintiff

By: _____
T. Michael Doyle (P12931)
45 Blue Star Highway
Douglas, Michigan 49406

**CONSENT**

I consent to the substitution of the above attorney in this case.

Dated: May 2_, 2013           _____
                              Adil Shafi

Dated: May 10, 2013           NEMETH BURWELL

                              Attorneys for Counter-Defendant

                              By: _____
                              Ann Bagno Widlak (P35763)
                              Susan D. Koval (P59297)
                              200 Talon Centre Drive, Suite 200
                              Detroit, Michigan 48207-5199
                              (313) 576-5921

**ORDER**

IT IS SO ORDERED.

Dated: May 23, 2013           _____
                              Victoria A. Roberts