UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,
    Counter-Plaintiff,

v.

                                        Case No: 09-10454
                                        Honorable Victoria A. Roberts

BRAINTECH, INC.,
    Counter-Defendant.

---

## VERDICT FORM

We, the Jury, answer the questions submitted as follows:

**QUESTION NO. 1:** Did Plaintiff, Adil Shafi, prove by a preponderance of the evidence that Defendant, Braintech, Inc., did not have good cause to terminate his employment?

ANSWER:   (X) Yes           ( ) No

If your answer is "No," do not answer any further questions and sign and date the form on page 2. If your answer is "Yes," go on to Question No. 2.

**QUESTION NO. 2:** Did Plaintiff, Adil Shafi, prove by a preponderance of the evidence the amount of severance pay he is entitled to under the Employment Agreement?

ANSWER:   (X) Yes           ( ) No

If your answer is "No," do not answer any further questions and sign and date the form on page 2. If your answer is "Yes," insert amount of severance pay below.

We award Plaintiff, Adil Shafi, severance pay in the amount of $ 180,000.00

When you have reached unanimous agreement as to your verdict as stated above, the foreperson should complete, sign and date this form.

Signed:

S/Jury Foreperson
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

5-23-13
Date