UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADIL SHAFI,

    Counter-Plaintiff,

v,

BRAINTECH, INC.,

    Counter-Defendant.
_____/

Case No: 09-10454
Hon. Victoria A. Roberts

## JUDGMENT

In accordance with the Jury Verdict rendered on May 23, 2013, judgment is entered in favor of Counter-Plaintiff Adil Shafi, and against Counter-Defendant Braintech Inc.

        David Weaver
        Clerk of the Court

By:    S/Carol A. Pinegar
       Deputy Clerk

Approved by:

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: May 24, 2013