# INDEX OF EXHIBITS

| | |
|---|---|
| Ex.A | Volume I of Trial Transcript |
| Ex.B | Volume II of Trial Transcript |
| Jt.Ex1: | Employment Agreement |
| Jt.Ex.3 | 11/19/08 Letter to Shafi from Weidinger |
| Jt.Ex.4: | 11/24/08 email to Shafi from Milton |
| Df.Ex.107: | 8/15/08 Weidinger to Shafi email re Braintech email address |
| Df.Ex.109: | 8/19/08 Weidinger to Shafi email re insurance coverage |
| Df.Ex.113: | 8/20/08 Weidinger to Shafi email re software gathering |
| Df.Ex.182: | 9/12/08 Weidinger to Shafi email re draft employment letters |
| Df.Ex.186: | 9/12/08 Weidinger to Shafi email re deep dive into Reliabot |
| Df.Ex.190: | 9/16/08 Shafi to Manias email re John Neilson training, etc. |
| Df.Ex.207: | 9/23/08 Shafi to Weidinger email rejecting Manias |
| Df.Ex.208: | 9/24/08 Weidinger to Shafi email re employment agreement |
| Df.Ex.221: | 10/9/08 Weidinger to Shafi email re unauthorized use of credit card |
| Df.Ex.238: | 10/16/08 Weidinger to Shafi email re compensation figures |
| Df.Ex.242: | 10/17/08 Weidinger to Shafi email re refusal to travel |
| Df.Ex.243: | 10/19/08 Weidinger to Shafi email re response to revenue: damage |
| Df.Ex.245: | 10/20/08 Shafi to Weidinger email re writing employment offers |
| Df.Ex.253: | 10/20/08 Shafi to Weidinger email re passing on ESM meeting |
| Df.Ex.254: | 10/20/08 Weidinger/Shafi email exchange re ESM conference call |
| Df.Ex.255: | 10/20/08 Shafi/Weidinger email exchange re Shafi refusal to attend |
| Df.Ex.272: | 10/27/08 Shafi to Weidinger email re work plan week of Oct 27 |
| Df.Ex.278: | 10/31/08 email regarding medical bill |
| Df.Ex.279: | 11/1/08 Dara to Shafi email re Reliabot product readiness |
| Df.Ex.281: | 11/2/08 Weidinger to sales team email re 11/7 sales plan meeting |
| Df.Ex.285: | 11/4/08 Dara to Shafi email re overflowing frustrations |
| Df.Ex.286: | 11/5/08 Burr to Shafi email re BCBS November premium paid |

| | |
|---|---|
| Df.Ex.288: | 11/6/08 Weidinger to Shafi email re attendance at sales plan meeting |
| Df.Ex.290: | 11/9/08 Boca to Shafi email re request for Reliabot software |
| Df.Ex.294: | 11/10/08 Weidinger to Shafi email re attendance at meetings a priority |
| Df.Ex.299: | 11/10/08 Shafi/Boca email exchange re request for written points despite Shafi disagreement with Reliabot evaluation |
| Df.Ex.302: | 11/12/08 Weidinger to Shafi email re Shafi absence from meetings |
| Df.Ex.304: | 11/13/08 Shafi to Weidinger email re medical insurance issues |
| Df.Ex.315: | 9/28/09 Shafi Response to Braintech Request to Admit Nos. 62 and 63 |
| Df.Ex.316: | Reliabot comparison report |