DEFENDANT'S EXHIBIT 107

**From:** Rick Weidinger
**Sent:** Friday, August 15, 2008 4:31 PM
**To:** Adil Shafi; Jim Dara
**Subject:** RE: NCMS : IMPORTANT - REMINDER - Creation of New Technology Advisory Teams]

Adil: also, we have set up a braintech email address for you. It is: ashafi@braintech.com
pw: A1234567

The password could be change at
http://cp.myhostedexchange.com

The emails can be seen at:
http://ex10.myhostedexchange.com

later, Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Friday, August 15, 2008 4:25 PM
**To:** Rick Weidinger; Jim Dara
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** NCMS : IMPORTANT - REMINDER - Creation of New Technology Advisory Teams]

Rick, This is done and attached.

Jim and I spoke and he will forward the form.

Feel free to edit the attachment if you wish. It is a short form.

Best, Adil

PS, I'll get the SIEMENS invoice to you by tomorrow.

Jim and I are meeting on Monday to fine tune the Access plan.

-------- Original Message --------
Subject: FW: [NCMS] IMPORTANT - REMINDER - Creation of New Technology Advisory Teams
    Date: Wed, 13 Aug 2008 13:17:17 -0400
    From: Rick Weidinger <rick@weidingerfamily.com>
      To: Adil Shafi <adil.shafi@shafiinc.com>

```
Adil - can you prepare your nomination for the rtc technology advisory
board representing braintech? Applications are due this Friday. Thanks,
Rick

-----Original Message-----
From: Jim Dara [mailto:jimdara@braintech.com]
Sent: Wednesday, August 13, 2008 1:11 PM
```

1