

**DEFENDANT'S EXHIBIT 109**

**From:** Rick Weidinger
**Sent:** Tuesday, August 19, 2008 9:46 AM
**To:** Adil Shafi; Heather Greenlay; Ted White
**Subject:** RE: ADM : Administrative Planning : Aug 19

This is my understanding and agreement:

1. It was unfortunate they went in and took this from your personal account. Reimbursement approved. We will need to delay other scheduled payments to make up for. We will keep at [or better] the final monthly debt scheduled payment amounts.
2. My understanding is that your individual plan will cost approximately $600 per month. I do not want to get into the commitment of covering "non-covered" bills. Too uncertain. You should find acceptable plan to cover all needs within budget. Objective: to get you on BC/BS as soon as possible.
3. I am assuming the cell bill is for business purposes. Going forward, we will identify business versus personal. Objective: Adil will design wireless calling plan for company. It would be beneficial if we could talk to each other for free ☺
4. Why is there an overdraft in Comerica. All Shafi accounts should be closed.
5. We expect Siemens payment in August. Hope we receive so we don't need to re-gigger payables.
6. Heather – let's discuss how we handle credit card for Adil. Does Jim have company credit card or does he use his own? I think the latter.
7. What address did you use for Adil's business cards?
8. I have discounted United plan if you use United often.

Thanks, Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Tuesday, August 19, 2008 9:30 AM
**To:** Rick Weidinger; Heather Greenlay; Ted White
**Cc:** Adil.Shafi@shafiinc.com
**Subject:** ADM : Administrative Planning : Aug 19

Good Morning,

Heather, my business cards came in this morning. Thank You Very Much.

Here are CONFIDENTIAL things worth noting today.

**Today (Tuesday)**

- I have cleared this with **Rick**. **Heather** please wire $1,735.07 to Adil personally (same wire instructions as last week). **Ted** : This is for the following matter : First Holding / Brighton Cove. Since we did not get them payments soon enough, they exercised their Consent Judgement and garnished $1,660.07 from my wife Barbara and my personal account + $75 bank fee. In our Debt Schedule we had planned an approx $500 payment today, about $300 end of August and three more approx $300 payments in Sep, Oct, Nov. These are now "all paid" against this wire transfer and at least we won't have to manage this account anymore. It should be considered paid in the Debt Schedule.
- Blue Cross Blue Shield. I have cleared this with **Rick**. We will go with an individual plan and send you bills. **Ted**, we have budgeted about 8.nK for this in the DS. If the policy does not cover certain things we will have non covered bills, please keep this allocation amount available for planning; I don't expect

1

- this amount to be exceeded; certainly very possible to save money on this item and reduce debt. I'll keep you posted on this.
- I have cleared this with **Rick**. **Heather** Please pay Verizon bill that is attached. I may lose service due to delay.
- **Comerica Bank**. Heather please call Kathy Witt or Charlene Schnelle re overdraft.(810) 220 - 0561 Should we clear and close out the account? There are two at Comerica in Brighton for SHAFI, Inc. and for SHAFI Innovation, Inc. There are also two in Houghton at Superior National Bank but we will need to keep those for HubZone efforts.

### Tomorrow (Wednesday) I will

- I will send in SIEMENS Invoice and cc you. They have given verbal approval already.
- Send SHAFI Administrative files to Heather. About two filing cabinets worth in boxes via three day FedEx.
- Scan and email Bills and Notices received in mail.

### In next few days

- Look into a cell phone plan with a local very helpful salesman who helped me before with 3 hours of his time : Pablo Rios. Verizon. We can save hundreds of dollars each month on a plan for at least sales people with Canadian coverage (Rick, Jim, Pete, Adil).
- Company Credit Card for Adil per EA.
- Do you have travel discounts in place or a broker who can get us wholesale rates (I know a good one for Japanese travel). Since we will be

I plan to get extremely organized by the time we meet in a few days.

Thank You and Best Regards, Adil