DEFENDANT'S EXHIBIT 113

**From:** Rick Weidinger
**Sent:** Wednesday, August 20, 2008 8:15 AM
**To:** 'Adil Shafi'
**Subject:** Re: Information Request

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

This software gathering should already have been done. I would like our vancouver guys to have a look at the software BEFORE the Summit!

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

-----Original Message-----
From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Wednesday, August 20, 2008 06:46 AM Eastern Standard Time
To:   Rick Weidinger
Cc:   Adil.Shafi@shafiinc.com
Subject:    Re: Information Request

Rick,

A lot of these emails would be saved if we talked for about 30 days each morning.

Can we set a time to talk on a regular basis?

Secondly, it would be very useful to start to communicate with the team in Vancouver.

4:30pm today our time would be a good time.

Thirdly, here is no way that I can comply with this software gathering request until after the summit.

Why?

Because I have the software in hundreds of folders across several computers that are not linked and networked right now. I did not set all this up. The computers are used by Aptura as needed right now to do the SIEMENS driver and this project is not finished yet. So I cannot yank this stuff from the project.

It would be best to set this up in the new office. Jim tells me that Dan is good at IT networking. He could be a good person to have this stuff handy for ongoing support to customers.

I have a customer from ICI (integrator) asking me for specific information this week so I need to refer to Aptura for that.

Fourthly, I have 450 new emails since we closed last week.

I have stacks of papers accumulating and I need to get organized with all this stuff.

1

I need to fly my desk for three days to do all this.

More importantly I need to organize the new office, get the Siemens payment, call partners, get robots, get vision systems, send the press release to many people, plan high level stuff with you and Jim, etc.

I think we need to get all this under control before the summit and I need the time to get organized.

I will check back at about 8am.  Please let me know if we can talk between 8am and 10am today.

Thanks, Adil


> Adil: I am receiving the following request from our scientist in
> Vancouver. Can you send the following out to Babak, Remus, Rob and
> Goeff in VANCOUVER as soon as possible:
> RELIABOT Software
> Siemens driver for KUKA
> Motoman & Kaw robot communications drivers or modules Also, any robot
> communications driver programs.
> Please let me know status of this today.
> Best,
>
> Rick Weidinger
> Domestic : 703-801-1311
> International : 703-945-9718
> Sent from my Wireless Handheld
>

2