

DEFENDANT'S EXHIBIT 186

FW: Action Items from this morning - Urgent

**Subject:** FW: Action Items from this morning - Urgent
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Fri, 12 Sep 2008 15:21:59 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>

Adil – how are we doing on completing this so Vancouver can do a deep dive into reliabot? I want all of this in Vancouver no later than Wednesday, September 17th. This IS priority over San Francisco, for example. Thanks, Rick

---

**From:** Remus Boca
**Sent:** Thu 9/11/2008 10:54 AM
**To:** Geoff Clark; Mohammad Sameti; Jeff Beis; Rob Sim; Victoria Netchaeva
**Cc:** Babak Habibi; Adil Shafi
**Subject:** RE: Action Items from this morning

I'd add that we need Cognex Vision software version number and we should be able to use an evaluation version from Cognex for 30 days.

One thought - should we look into getting a standard RELIABOT system working and then getting a RELIABOT system that is similar to eVF? Maybe this way we'll get a system running with RELIABOT in a shorter time. What would be a standard RELIABOT system?

---

**From:** Geoff Clark
**Sent:** Thu 9/11/2008 10:34 AM
**To:** Mohammad Sameti; Jeff Beis; Rob Sim; Victoria Netchaeva
**Cc:** Babak Habibi; Adil Shafi; Remus Boca
**Subject:** RE: Action Items from this morning

Here is the list again. We have one Sony HR-70 camera, this should be enough for single camera 3D, but I don't know what is necessary for bin picking. We should probably have another camera on hand anyway. We have a good supply of lenses and filters.

Mauricio found a copy of VB6 from our old MSDN subscription, so that is taken care of as well.

From my previous email...

**Reliabot Hardware**
-Framegrabber Card
-Camera (1 x Sony HR-70)
-Camera Cable
-Communication Cable
-PC (I will assume we already have a PC here that will be suitable)
-Anything Else??
We need specifications for all the hardware pieces, I remember we looked at something in Harrison, perhaps you can forward this document. Hopefully Adil already has these items and can ship us one set of hardware to work with here. Otherwise we will need to purchase the necessary pieces.

**Reliabot Software**
-Cognex License
-Reliabot Hardware Dongle
-Reliabot Software
-Robot Programs
We have the backup of SHAFI software, but it is unclear to me what we need to do to provide an end user with a

FW: Action Items from this morning - Urgent

product, particularly in regards to robot connections and vision methods. Do we need to build a specific version with SC3D and ABB support, and another for RBP? Which folder should we build from? Do we have a license for Visual Basic that we can use, or do we need to purchase?

**Setup and Configuration**
-Hardware Setup Procedures
-Software Deployment and Installation Procedures
-Camera Calibration
-CF File Configuration
-Runtime Operation
I believe this is the portion that will require the most training. We should get all of the hardware and software pieces in place as soon as possible in preparation.

---

From: Mohammad Sameti
Sent: Thursday, September 11, 2008 9:48 AM
To: Jeff Beis; Rob Sim; Geoff Clark; Victoria Netchaeva
Cc: Babak Habibi; Adil Shafi; Remus Boca
Subject: Action Items from this morning

Required hardware: (GC)
- Hardware pieces missing for setting up Reliabot system in Vancouver office
- RBP – bolt picking related hardware (laser, etc.) if any

RBP – Bolt picking: (JB)
- Source of inquiries
- Images of actual bolts in bins from potential customers

Geoff and Jeff please put the above list together with Rob and send it to Adil.

Tomorrow morning meeting at 9:15am.

Best...
Mohammad