

DEFENDANT'S
EXHIBIT
190

**Subject:** Re: APTURA : Quote for Training Support
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Tue, 16 Sep 2008 04:47:04 -0400
**To:** Pete Manias <pmanias@braintech.com>

Pete,

**EXCELLENT !!!**

Also, the time with Aptura may be more limited after we get some training from John Nielson this week and next. I think we still need someone that can get deeper in to the Reliabot code, but maybe not for as long?

John Nielson will be with Dan and Lou all day Friday working on documenting and creating user manuals for 3 projects: Gudel Lockheed project, PSDI and ICI. I think that Collin, Remus, Rob and Geoff should listen and via phone call and webex on Friday. It may not be perfect, but the best we can do.

I will send more info on this tomorrow.

PM

On 9/15/08 4:17 PM, "Rick Weidinger" <rick@weidingerfamily.com> wrote:

> Excellent suggestion Babak!
>
> Adil: can you make sure we have everything in Vancouver to establish a running Reliabot system by Wednesday, September 17 [as previously requested]? This takes highest priority for you right now.
>
> Thanks.
>
> Rick
>
>
> From: Babak Habibi [mailto:bhabibi@braintech.com]
> Sent: Monday, September 15, 2008 2:35 PM
> To: Remus Boca; Adil Shafi
> Cc: Jim Dara; Pete Manias; Rick Weidinger
> Subject: RE: APTURA : Quote for Training Support
>
> Hello All,
>
> I agree the training session with David is a great idea but feel without an actual RELIABOT system running with a robot, it would not get us very far towards being able to support potential solutions. Given the expense and time associated in this training session we need to have a system running so we can actually go through the practical system setup and execution scenarios for at least the two types of solutions we feel are going to make up the bulk of revenue generating opportunities out there i.e., SC3D and RBP.
>
> Best Regards,

Re: APTURA : Quote for Training Support

Babak Habibi

From: Remus Boca
Sent: Sunday, September 07, 2008 12:29 PM
To: Adil Shafi; Babak Habibi
Cc: Jim Dara; Pete Manias; Rick Weidinger
Subject: RE: APTURA : Quote for Training Support

Hi Adil,

I think it's great we get organized. In the mean time we need the minimum hardware and software (from the list below) to get a Reliabot system running in Vancouver (as soon as possible) in order to analyze / support Reliabot and get the inside and outside look at Reliabot. Is it possible to make this list a high priority? Thank you, Remus

From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Fri 9/5/2008 2:02 PM
To: Babak Habibi
Cc: Jim Dara; Pete Manias; Geoff Clark; Mohammad Sameti; Rob Sim; Jeff Beis; Rick Weidinger; Heather Greenlay; Remus Boca; Adil Shafi
Subject: Re: APTURA : Quote for Training Support

**Team,**

**These are great emails and I'll fly my desk for the next 4 days**

**to get completely organized with all our todo's.**

**There are many customer action items from this week.**

**There are training and related matters.**

**I am going to suggest a two step process for learning and support + demo station results.**

**This should allow us to get completely ready to support projects in 2.5 to 5 weeks.**

**Jim, when do you think we could get the Pontiac office open soonest?**

**We will be getting consignment hardware (three robots and three vision systems) for Detroit.**

**We are getting a KUKA robot prepared for Vancouver.**

2:09-cv-10454-VAR-LJM   Doc # 157-5   Filed 06/21/13   Pg 3 of 4   Pg ID 3365

Re: APTURA : Quote for Training Support

It may be possible to send Vancouver a small Motoman and eventually a Mitsubishi also.

Let's talk at 9:30am PST on Monday.

Good Weekend,

Adil

In terms of the date for Vancouver, I'd say the sooner the better provided we can get the software / hardware components needed to set up a RELIABOT system here before David's arrival. Below is a set of items from Geoff's recent message to yourself. Adil could you let us know availability / model numbers of these items in case we need to be purchasing them. Geoff, Mohammad is there anything else that we need in order to set up a system that you may have realized since this message was sent?

**Reliabot Hardware**
-Framegrabber Card
-Camera
-Camera Cable
-Communication Cable
-PC (I will assume we already have a PC here that will be suitable)

We need specifications for all the hardware pieces. I remember we looked at something in Harrison, perhaps you can forward this document. Hopefully Adil already has these items and can ship us one set of hardware to work with here. Otherwise we will need to purchase the necessary pieces.

**Reliabot Software**
-Cognex License
-Reliabot Hardware Dongle
-Reliabot Software
-Robot Programs
We have the backup of SHAFI software, but it is unclear to me what we need to do to provide an end user with a product, particularly in regards to robot connections and vision methods. Do we need to build a specific version with SC3D and ABB support, and another for RBP? Which folder should we build from? Do we have a license for Visual Basic that we can use, or do we need to purchase?

**Setup and Configuration**
-Hardware Setup Procedures
-Software Deployment and Installation Procedures
-Camera Calibration
-CF File Configuration
-Runtime Operation
I believe this is the portion that will require the most training. We should get all of the hardware and software pieces in place as soon as possible in preparation.

From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Friday, September 05, 2008 1:17 PM
To: Rick Weidinger; Jim Dara; Babak Habibi; Heather Greenlay

3 of 4                                                                                     1/6/2010 7:47 AM

Cc: Don Stouffer; Amy Perkins; David Dechow; Adil Shafi
Subject: APTURA : Quote for Training Support

FYI,

Obtained a quick verbal from Don Stouffer

who has worked with David Dechow for 20+ years.

Both are copied here.

Don said that that is OK to use for a PO to Aptura.

Three Days of Training at Braintech Vancouver : $1,200 *3 = $3,600

+ Travel Expenses : AirFare, CarRental, Hotel

Billed at aptura cost.

They do not charge tolls, meals etc.

- When can Vancouver support David to arrive?
- What is status of PO to KUKA for repair evaluation?

aptúra Machine Vision Solutions
3130 Sovereign Drive, Suite 5A,
Lansing, MI 48911

Main : (517) 272 – 7820
Fax  : (866) 575 – 1583

www.aptura.com <http://www.aptura.com/>

Send Purchase Order to : Attention Amy Perkins and David Dechow.

Terms : Please ask Amy Perkins or David Dechow.

Regards, Adil

(734) 516 - 6761