

DEFENDANT'S EXHIBIT 207

ADM : NOTICE RE MANIAS

**Subject:** ADM : NOTICE RE MANIAS
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Tue, 23 Sep 2008 09:08:51 -0400
**To:** Rick Weidinger <rick@weidingerfamily.com>, Rick Weidinger <rweidinger@braintech.com>
**CC:** Adil Shafi <ashafi@braintech.com>

Rick,

You'll be better off using Manias for Marketing for G&D from NVA office.

I do not NEED him. Nor do I WANT him.

Here are several reasons for this.

1. Having him working under me for a sales function without reporting directly to me is a violation of my EA. The only exceptions are CSO Dara and CTO Habibi. The person responsible for the Integrator Program must be a highly trusted person reporting directly to me.

2. Manias has not and will not communicate with me on a regular daily basis which is crucial to this 8 Million target. He has emphasized this position to me several times. This is another violation of my Revenue Related Condition 2.

3. If we had regular daily calls, I would know the daily status of customers like Gudel, PDSI, ICI. I do not get any updates about these customers from him so I have no idea what is going on.

4. I do not want to entrust him to something so critical as the Integrator Program with these flaws.

5. In the last 18 days he has produced 3 or 4 pages of a "todo" list and a simple brochure. I just got this stuff this morning. If I had daily communication with him, a lot more could have been accomplished.
6. Most of the industrial manufacturing in the US is based within a four hundred miles radius from Detroit. That includes automotive, food, beverage, pharma, medical, etc... most of our vertical markets except semiconductor (west coast) and government (east coast). Our sales team needs to be in or near Detroit most of their working time in the next year to hit the majority of our vertical markets. There are almost nonexistent prospects in Texas, Oklahoma, Louisana, New Mexico.

7. He does not know the market nor the integrator base nor their histories and their needs. To coach him would require taking him to plants and customers and that is clearly not possible nor efficient from Dallas.
8. His presentation style at Microscan and Cognex was troubling. Unlike Justin Testa who went sequentially and systematically through his presentation, Manias jumped around all the slides and the message was choppy.

9. Manias has displayed several flareups with me (he is the only exception in our entire team) and "bull in a china shop" aggression with customers. These are people whom I know well and so they have been able to overlook. This will not be acceptable with many companies that we will access where his pointed interrogatory manner will not work.
10. I want a productive cohesive team for sales and the integrator program. Dara, Burr and others will provide that. I am enough of a human barometer to know that Manias will not fit.

As I said, you'll be better off with him doing marketing in G&D from the NVA office. You have history and a comfort level with him. It is best for you to position him in the proper place with the proper environment.

Regards, Adil