

Company Credit Card

**Subject:** Company Credit Card
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Thu, 9 Oct 2008 17:04:34 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>

Adil – your company credit card use has come to my attention. As you know, all charges have to be pre-approved by me. Unauthorized usage will be withheld through payroll deductions or credits against reimbursements. All company credit card holders recognize and follow these procedures. Best, Rick