

**DEFENDANT'S EXHIBIT 238**

RE: ADM : Sales Support Personnel

**Subject:** RE: ADM : Sales Support Personnel
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Thu, 16 Oct 2008 08:11:16 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>, "Rick Weidinger" <rweldinger@braintech.com>
**CC:** "Jim Dara" <JimDara@braintech.com>, "Pete Manias" <pmanias@braintech.com>, "Ted White" <twhite@braintech.com>, "Heather Greenlay" <HGreenlay@braintech.com>, "Adil Shafi" <ashafi@braintech.com>

You don't understand and still have NOT sent me what was requested. I was not asking for a description of these potential hires nor was I asking for a description of the position I was simply requesting compensation amounts. "Adil -- please include compensation figures for each. Rick"

We are preparing cash forecast for the business. If these are the potential hires you have identified and are advocating we hire then we need compensation estimates.

We have discussed Kevin's and Elise's compensation. I need the other relevant 8 compensation estimates today.

Thank you, Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Thursday, October 16, 2008 7:37 AM
**To:** Rick Weidinger; Rick Weidinger
**Cc:** Jim Dara; Pete Manias; Ted White; Heather Greenlay; Adil Shafi
**Subject:** ADM : Sales Support Personnel

Rick,

I have sent and discussed these details with you several times before.

Additionally their motivation is in general declining due to factors I will

write in an accompanying email.

One more time:

Kevin Geshel : 85K + sales commissions and other details you provided.

Elsie White : 67K (Letter of Intent)

Ilias Levis : Contract or commission. He is realizing that this is a lot of work and it will take time to build the SmartCamera eVisionEngine market and sales and as such he is becoming reluctant to do this work on a commission basis. He has provided an initial proposal draft which is being reviewed internally at Braintech.

Mark Pilbeam : Possible collaboration through his company Acquire Automation in Indianapolis (Cognex and Sony integrator for Food/Bev market) but he has been asking for his past wages and expenses to be paid for several months. More on this in a separate email.

Rick Anderson : Possible collaboration through his company RR Floody in Chicago (Cognex, Staubli and IAI distributor/integrator). Wants to do a meeting at PackExpo with

RE: ADM : Sales Support Personnel

company owner.

**Tawfiq Karadsheh** : Has expressed interest in working as an Application Engineer for Braintech from Pontiac Michigan or for working as an independent contractor. Willing to travel. US Citizen cleared for military projects. Past experience with VGR projects including Chrysler and Gudel. I have sent his resume to Jim Dara and Dan Beaudoin for review and interview.

**Kevin North** : Discussed in other emails. Pete Manias is handling.

**John Nielson** : Discussed in other emails. Pete Manias is handling.

**Dan England** : Has declined.

**Charlie Hemlock** : Discussed in separate email to be considered in 2009.

**Brad Dailey** : Discussed in separate email to be considered in 2009.

Regards, Adil


Second request...........................

From: Rick Weidinger
Sent: Wednesday, October 15, 2008 8:55 AM
To: 'Adil Shafi'; Rick Weidinger
Cc: Jim Dara; Adil Shafi
Subject: RE: ADM : Sales Support Personnel

Adil -- please include compensation figures for each. Rick

From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Tuesday, October 14, 2008 9:01 AM
To: Rick Weidinger; Rick Weidinger
Cc: Jim Dara; Adil Shafi
Subject: ADM : Sales Support Personnel

Per our conversation this morning,

here are our possible Sales Support Personnel.
- **Kevin Geshel** : Director of Integrator Programs and Sales. Awaiting formal Braintech offer and acceptance.
- **Elsie White** : Focused Sales Support Person. She has worked closely with Kevin Geshel in the past. This is Revenue Related Condition 1 in Adil's EA and is quoted exactly here : "Direct Hiring : Hiring by BRAINTECH of Elsie White and Donna Burr on or about September 1, 2008. Each employee shall agree to employment offer and conditions thereof. Donna will work out of the to-be-selected Detroit area office unless there exists a hardship agreed to by CEO. Elsie White will travel when necessary but

RE: ADM : Sales Support Personnel

will track and monitor and assist with Government Sales from her home in Houghton, Michigan." This clear commitment is now 40+ days past due.

- Ilias Levis : East Coast Sales Support and possible role in helping us sell into the SONY SmartCamera sales channel space. Jim, Pete and Adil have had a conference call with Ilias last week. Ilias is presently preparing a proposal to work with Braintech. Once we have this proposal, we can review internally inside Braintech and decide how to proceed.
- Mark Pilbeam : VP of Sales at Acquire Automation. He will consider working with us only if his past SHAFI wages and expenses are paid (as agreed to for all past employees in the SHAFI acquisition Debt Schedule). He has a Labor and Wage claim already. If resolved, he will consider working with us in one of three capacities : a) We are referred to Acquire's customers in the Food/Bev/Medical/Pharma vertical markets and Braintech gets a Finder's Fee for sales referred to Braintech by Acquire Automation, b) Acquire Automation bundles Braintech software with hardware components and sells to customers in these vertical markets, without necessarily integrating nor taking integration responsibility, and c) Acquire Automation becomes a Braintech integrator and purchases Braintech software to integrate VGR solutions for customers in these vertical markets.
- Rick Anderson, Sales RR Floody (Chicago area Cognex distributor). It is possible that he may be interested in doing commission based sales for Braintech from the Chicago area. Adil will call him and see if he is interested. He is a very high energy individual and has made record sales working for Cognex in the past.
- Tawfiq Karadsheh : Engineer willing to travel and work from the Braintech Pontiac office. He is an experienced RELIABOT deployment engineer and has done large projects before. He is willing to work for Braintech and has submitted his resume to us. He is originally from Jordan. He is a US citizen and was cleared by Lockheed to work on the defense project near Dallas, Texas. Jim Dara and Dan Beaudoin to interview him. Adil will send contact information.
- Kevin North : Former SHAFI software developer and 12+ year architect of RELIABOT solutions and underlying science and technology. Pete Manias has established contact with Kevin and will be handling how Kevin is engaged with Braintech. Adil has made a recommendation via email on October 11 on how Kevin's knowledge can be obtained by various personnel at Braintech through Pete Manias's coordination. He will probably work part time for now and it may be possible for Braintech to hire him full time in the future.
- John Nielson : Former SHAFI support engineer and 6+ year veteran who supported customers in the US, Europe and Japan. Pete Manias has established contact with John and will be handling how John is engaged with Braintech. He will probably work part time for now and it may be possible for Braintech to hire him full time in the future.
- Dan England : Possible commission sales from Ontario. Has past VGR sales experience. Adil will contact him to see if he is interested in working with Braintech.
- Charlie Hemlock : Possible sales role from Michigan. He is currently employed by Nachi Robotics in the automotive sector. It is recommended that Charlie not be retained until 2009 when the ABB Braintech exclusive agreement expires.
- Brad Dailey : Possible sales role from Ohio. He is currently employed by Chrysler in the automotive sector. It is recommended that Brad not be retained until 2009 when the ABB Braintech exclusive agreement expires.

Regards, Adil Shafi

RE: ADM : Sales Support Personnel

Adil- let's discuss manpower at 730am tomorrow.
Jim: you may want to join us in this conversation.
Best,

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld