DEFENDANT'S EXHIBIT 242

RE: Access & Acceleration - Urgent

**Subject:** RE: Access & Acceleration - Urgent
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Fri, 17 Oct 2008 01:26:02 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>
**CC:** "Jim Dara" <jimdara@braintech.com>, "Pete Manias" <pmanias@braintech.com>, "Adil Shafi" <ashafi@braintech.com>

Adil,

Name one instance that I have refused requested travel by you? Furthermore, this comment by you is so misleading and used as an excuse.

This week, for example, the A & A schedule had you traveling to MI, IN, OH and PA. All areas you could drive to and therefore travel expenses were not an issue.

It is my understanding that you just recently submitted expenses for reimbursement subsequent to 10-22-08. Typically, we approve and pay within 30 days.

The a & a schedule is a material document to the transaction, bargained for and is expected to be followed and carried out by you. This is not happening.

I am still waiting for an update.

Rick

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Thursday, October 16, 2008 10:06 AM
**To:** Rick Weidinger
**Cc:** Jim Dara; Pete Manias; Adil Shafi
**Subject:** Re: Access & Acceleration - Urgent

Rick,

Due to your reluctance on spending on travel dollars

and pay expenses back promptly,

I have scaled back on travel plans.

Currently there are no plans to travel beyond a 50 mile radius of Brighton until mid November

for PackExpo. Jim and I are working daily to enter the leads and activity we DO have into

SalesForce.com and that is a busy activity with Donna, Jim and I interacting regularly.

We are calling customers and gauging their interest in working with us. This is being

tracked now in SalesForce.com by Jim and Donna. We are meeting regularly.

I cannot imagine taking on hundreds of accounts to filter into the most opportune ones

with this level of staff support; a viewpoint I have conveyed more than once.

RE: Access & Acceleration - Urgent

You can see the latest list of accounts with priorities in the last sales plan I sent.

Anyway, there are sales calls and tracking being done each day.

Since you will be meeting with Jim in person (I had no idea of these plans), he will be in a better position to give you specific activity. I am working to provide a coordination and introduction role to new customers as planned.

Regards, Adil Shafi

Adil,

Please send me an update to the A & A plan and provide a summary of results to date.

Please send this asap.

Thanks, Rick