

DEFENDANT'S EXHIBIT 245

**Subject:** ADM : Writing Employment Offers
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Mon, 20 Oct 2008 07:55:00 -0400
**To:** Rick Weidinger <rick@weidingerfamily.com>, Rick Weidinger <rweidinger@braintech.com>
**CC:** Ted White <twhite@braintech.com>, Adil Shafi <adil.shafi@shafiinc.com>, Adil Shafi <ashafi@braintech.com>

Rick,

Writing employment offers is a legal activity which includes legal terms of employment.

An excerpt from my Employment Agreement states : "4. DUTIES: The EXECUTIVE agrees to perform such duties as required for the position and carry out the policies, procedures and projects independently or as assigned by the CEO, including without limitation (but with the exception of legal and financial management roles):"

Therefore in light of your request to me to write employment offers, Braintech employment offers should be written by people other than me.

Regards, Adil Shafi