Re: ESM - Today at 4:30PM EST


DEFENDANT'S EXHIBIT 253

**Subject:** Re: ESM - Today at 4:30PM EST
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Mon, 20 Oct 2008 12:06:52 -0400
**To:** Rick Weidinger <rick@weidingerfamily.com>
**CC:** Jim Dara <JimDara@braintech.com>, Heather Greenlay <hgreenlay@braintech.com>, Adil Shafi <ashafi@braintech.com>

I'll pass on this meeting today

(that you've cancelled several times)

until I respond to your "damage" email

and correct some things in it

and also write about my motivational damage.

Have a good meeting.

Call In Information:

Domestic: 1-800-747-5150

International: 1-647-723-3981

Time: 4:30 PM EST

Duration: 90 minutes