

DEFENDANT'S EXHIBIT 254

Re: ESM - Today at 4:30PM EST

**Subject:** Re: ESM - Today at 4:30PM EST
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Mon, 20 Oct 2008 12:08:57 -0400
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>
**CC:** "Jim Dara" <JimDara@braintech.com>, "Adil Shafi" <ashafi@braintech.com>

You are requested to be on the ESM call at 430pm EST today.
We have many important matters to cover your participation is required.

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

-----Original Message-----
From:   Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent:   Monday, October 20, 2008 12:06 PM Eastern Standard Time
To:     Rick Weidinger
Cc:     Jim Dara; Heather Greenlay; Adil Shafi
Subject:    Re: ESM - Today at 4:30PM EST

*I'll pass on this meeting today

(that you've cancelled several times)

until I respond to your "damage" email

and correct some things in it

and also write about my motivational damage.

Have a good meeting.*


> Call In Information:
>
>
>
> Domestic: 1-800-747-5150
>
>
>
> International: 1-647-723-3981
>
>
>
> Time: 4:30 PM EST
>
>
>
> Duration: 90 minutes
>