**DEFENDANT'S EXHIBIT 255**

| | |
|---|---|
| From: | Adil Shafi [adil.shafi@shafiinc.com] |
| Sent: | Monday, October 20, 2008 12:22 PM |
| To: | Rick Weidinger |
| Cc: | Jim Dara; Adil Shafi |
| Subject: | Re: ESM - Today at 4:30PM EST |

It will be better to do this offline and after I have written back to you.


You are requested to be on the ESM call at 430pm EST today.
We have many important matters to cover your participation is required.

Rick Weidinger
Domestic : 703-801-1311
International : 703-945-9718
Sent from my Wireless Handheld

-----Original Message-----
From:   Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent:   Monday, October 20, 2008 12:06 PM Eastern Standard Time
To:     Rick Weidinger
Cc:     Jim Dara; Heather Greenlay; Adil Shafi
Subject:    Re: ESM - Today at 4:30PM EST

*I'll pass on this meeting today

(that you've cancelled several times)

until I respond to your "damage" email

and correct some things in it

and also write about my motivational damage.

Have a good meeting.*


> Call In Information:
>
>
>
> Domestic: 1-800-747-5150
>
>
>
> International: 1-647-723-3981
>
>
>
> Time: 4:30 PM EST
>
>
>
> Duration: 90 minutes
>

1