

ADM : Adil : Work Plan Week of Oct 27

**Subject:** ADM : Adil : Work Plan Week of Oct 27
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Mon, 27 Oct 2008 07:41:17 -0400
**To:** Rick Weidinger <rweidinger@braintech.com>, Jim Dara <JimDara@braintech.com>, Pete Manias <pmanias@braintech.com>, Heather Greenlay <HGreenlay@braintech.com>, Donna Burr <DBurr@braintech.com>
**CC:** Adil Shafi <ashafi@braintech.com>

**Dear Braintech Colleagues,**

This past weekend, our household had a bout of flu and we are all recovering now.

**Monday :** Travel to Dayton Ohio to meet Motoman and Rixan.

**Tuesday :** Travel to Indiana : Elkhart and Rochester. Both are RBP possibilities.

**Wednesday :** Travel to Kawasaki and Nachi Robotics. WATW type of relationships.

**Thursday :** HTE : Integrator and Bundling Partner draft forms to be reviewed and tested for subsequent Braintech internal review and formalization.

**Friday :** WebEx meetings with Aptura Chicago and re SalesForce.com by Jim Dara.

**Sales Focus Accounts :** Jim has a full focused set of 12+ accounts now that he is pursuing. He will be travelling to Motoman and PAR/BAE this week with a side possible trip in South Carolina to ESOB with Gudel and to Staubli for possible RBP at Paulstra in Michigan.

- Motoman.
- KUKA Germany.
- EASOM
- CANON
- GUDEL Texas + ESOB.
- RIXAN
- DST Output
- PAR Systems
- DC Controls
- HTE Dan Reed
- Elkhart Products
- Rochester Metal Products
- Panasonic

**Admin Meetings :** Admin call at 8:30am PST cancelled for Monday, Tuesday, Wednesdy. Heather and Donna, I will followup via email most likely Tuesday and Wednesday. Donna, feel free to contact Heather if you have any topics to cover.

**Technical Meetings :** Will attend if sales meetings' schedule allows. There is no "scrum" on Mondays.

**Migration to SalesForce.com** from existing AOP and email / paper / word formats : Tuesday, Wednesday.

ADM : Adil : Work Plan Week of Oct 27

**Integrator and Third Party partner forms and writeups** : Wednesday through Friday.

Rick if you want an **ESM format update from me on Sales and Integrator Plan,** Friday afternoon after the SalesForce.com webex would be a good time.

Feel free to send offers to **Kevin Geshel and Elsie White.**

I saw **Kevin North's** proposal to Pete Manias and it looks good to me. Kevin can accomplish a lot in 4 hours per week from an advice / strategy standpoint and he is a good writer. Suggest he document the questions I sent earlier in a comprehensive email with list of topics he can support. His support proposal is very much like how David Dechow used to support me and it works.

I will followup on other admin issues as time permits this week.

Regards, Adil