

DEFENDANT'S EXHIBIT 278

ADM : PER : Adil Shafi : Personal Medical

**Subject:** ADM : PER : Adil Shafi : Personal Medical
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Thu, 30 Oct 2008 11:28:35 -0400
**To:** Heather Greenlay <HGreenlay@braintech.com>
**CC:** Rick Weidinger <rweidinger@braintech.com>, Barbara Shafi <barsshafi@aol.com>, Adil Shafi <ashafi@braintech.com>

**Heather,**

Attached is a medical bill that is not covered by our personal insurance.

As you know in August 12 Debt Schedule we had $8,616 allocated for Blue Cross Blue Shield (Row 51).

Our family personal insurance premiums are well below this total planned and the agreed plan was to use this as a budget for medical bills that would not be covered by personal insurnace coverage.

Also our personal insurance premium is due to be paid by Nov 1 or 2.

Your attention to this matter would be greatly appreciated.

**Regards, Adil**

| Adil_Family_Medical_Oct_2008.pdf | Content-Type: application/pdf |
|---|---|
| | Content-Encoding: base64 |

FROM
BARBARA
SHAFI

Adil — Please scan
& send bill to
Heather. This is for
Sarah's allergy blood
test that is not
covered by insurance.
Thanks. B

P.S. I forgot to give you the 1st
notice, this is the 2nd



St. Joseph Mercy Hospital
Saint Joseph Mercy Livingston Hospital
Saint Joseph Mercy Saline Hospital
P.O. Box 993 * Ann Arbor, MI 48106-0993

Remarkable Medicine. Remarkable Care.

Page 1 of 2

### Important Message

Your account is over 30 days past due. Payment in full is expected immediately. If this amount was paid, please disregard this message.

**Payment Options** - Pay your account by check or credit card over the phone by calling Customer Service or online (credit cards only) at SJMERCYHEALTH.ORG.

**Payment Arrangements** - We offer limited payment plans. If you cannot pay in full within 30 days, please call us. Making partial payments without contacting us may result in further collection activities.

*CO-B-J-M-D*
1V00557



### Account Summary

| | |
|---|---|
| Patient Name | |
| Statement Date | 10/26/08 |
| Service Date | 08/22/08 |
| Type Of Service | Outpatient |
| Service Location | Reichert Health Center |
| Account Number | |
| Total Charges | $ 493.00 |
| Total Payments/Adjustments | $ 0.00 |
| Current Account Balance | $ 493.00 |
| Amount Pending Insurance | $ 0.00 |
| Amount You Owe | $ 493.00 |

### Questions

**Need help with your bill?** - We have Customer Service personnel to answer questions. We understand that healthcare expenses are sometimes unexpected. Financial Counselors can assist with payment plans, help you qualify for public assistance programs and our own McAuley Support. Call (734) 712-3700 or (800) 676-0437 for more information.

**Billing questions or changes in insurance coverage?**
Please call Customer Service, Monday through Friday 8:00am to 6:30pm:

Local:     (734) 712-3700
Toll Free: (800) 676-0437
Telecommunications Device for the Deaf
TDD (734) 827-9336

### Insurance Information

We have billed the following insurances:
Insurance 1    BLUE CROSS MICHIGAN

Please Note: Your physician may bill separately for their professional services.

TRINITYST1-1

---



St. Joseph Mercy Hospital

REMARKABLE MEDICINE.
REMARKABLE CARE.

Statement Date: 10/26/08

Please make check payable to St. Joseph Mercy Hospital and send with this payment stub to:

SAINT JOSEPH MERCY HEALTH SYSTEM
P.O. BOX 371906
PITTSBURGH, PA 15250-7906

| Patient Name | Account Number |
|---|---|
| SARAH GINA SHAFI | |
| **Amount Due** | **Amount Enclosed** |
| $ 493.00 | $ |

☐ Check here if your address or insurance information has changed. Please indicate changes on the back of this page.
To pay by credit card: For your convenience, you may pay by Visa, MasterCard, Discover, or American Express. Please indicate your credit card preference, provide the account number, and sign below.

☐ VISA    ☐ MasterCard    ☐ DISCOVER    ☐ AMERICAN EXPRESS

Account No. _____

Expiration Date _____   48114

Signature X _____

CCM031426950823510262008000049300b

2:09-cv-10454-VAR-LJM   Doc # 158-7   Filed 06/21/13   Pg 4 of 4   Pg ID 3397



SAINT JOSEPH MERCY HEALTH SYSTEM
A MEMBER OF TRINITY HEALTH

Patient Name: ███████
Account Number: 03█████
Attending Physician: LEO, HARVEY

Page 2 of 2

## Patient Services Provided

| | |
|---|---|
| ███████ | $ 493.00 |
| **Total Charges** | **$ 493.00** |

## For Your Information



Patients: You can now pay your bills online

Searching for Hope... CyberKnife

Learn more at www.sjmercyhealth.org

## Account Activity

| DESCRIPTION | AMOUNT |
|---|---|
| Patient Payments | $ 0.00 |
| Patient Adjustments | $ 0.00 |
| Insurance Payments/Adjustments | $ 0.00 |

---

**PLEASE COMPLETE IF YOUR ADDRESS OR INSURANCE HAS CHANGED**

### Address Change

RESPONSIBLE PARTY NAME                HOME TELEPHONE                WORK TELEPHONE

ADDRESS                               CITY                          STATE       ZIP

### Insurance Update

POLICYHOLDER NAME                     INSURANCE COMPANY NAME        GROUP POLICY PLAN NUMBER

POLICYHOLDER IDENTIFICATION NUMBER    CLAIM MAILING ADDRESS

POLICYHOLDER'S DATE OF BIRTH          CITY                          STATE       ZIP

POLICYHOLDER'S RELATIONSHIP TO PATIENT   INSURANCE PHONE NUMBER

POLICYHOLDER'S EMPLOYER NAME          DATES OF COVERAGE
                                      EFFECTIVE FROM:               EFFECTIVE TO: