DEFENDANT'S EXHIBIT 279

RE: Bolt Bin Picking

**Subject:** RE: Bolt Bin Picking
**From:** "Jim Dara" <jimdara@braintech.com>
**Date:** Sat, 1 Nov 2008 05:40:56 -0700
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>, "Rob Sim" <rsim@braintech.com>
**CC:** "Jeff Beis" <jbeis@braintech.com>, "Rick Weidinger" <rick@weidingerfamily.com>, "Adil Shafi" <ashafi@braintech.com>, "Babak Habibi" <bhabibi@braintech.com>

I guess I am confused on the feedback. I am clear on the fact that eVF is not yet ready for prime time yet in this area. This is not a surprise given this stage of our business model.

What I am continually confused about is our Product Readiness status (and reason for Shafi acquisition) as it relates to Reliabot. Please reference the attachment.

Adil, in lieu of the attachment, can you please explain the reference to "rings" below. I am struggling to see the relationship between 1 foot diameter rings and 6mm hex head bolts. While the salesman in me can relate to your penchant for serious exaggeration of product capabilities, the shareholder and officer in me can't.

I don't think I can credibly reference this video as evidence of our expertise in this area. You have mentioned in the past multiple times that bin picking bolts (camera + laser stripe I believe) was something you had done in the past and was an existing Reliabot offering. This was again reviewed at the Summit meetings and is Item #2 in our Product Readiness Table with a Time to Market of 0 months, an Installed Base and serious Revenue attached to it.

I trust I am missing something. Please help me understand as our near term revenue model continues to rely on the merits of your product's readiness and the network of Reliabot engineers and integrators that will act as our channels.

Additionally, I would appreciate anything more specific you can offer up for my response to ABB?
Regards,

Jim Dara

**Braintech Industrial Inc. - *Intelligent Vision***
248 219 9400
jimdara@braintech.com
www.braintech.com

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Friday, October 31, 2008 11:36 AM
**To:** Rob Sim
**Cc:** Jim Dara; Jeff Beis; Rick Weidinger; Adil Shafi; Babak Habibi
**Subject:** Re: Bolt Bin Picking

I agree. We should let Jim take it from here based on our feedback to him.

I think we should be completely clear that rings and bolts are not 'apples to apples'. We are currently working on cylindrical parts using a laser sensor. Because we have to build the sensor from scratch, we don't yet know what resolution we will have, which affects the minimum diameter we can reliably pick. We're starting with 3cm diameter crank shafts.

RE: Bolt Bin Picking

-----Original Message-----
From: Jim Dara
Sent: Fri 10/31/2008 4:32 AM
To: Adil Shafi
Cc: Jeff Beis; Rick Weidinger; Rob Sim; Adil Shafi
Subject: RE: Bolt Bin Picking

Regards,

Jim Dara

Braintech Industrial Inc. - Intelligent Vision

248 219 9400

jimdara@braintech.com

www.braintech.com

_____

From: Adil Shafi [mailto:adil.shafi@shafiinc.com]
Sent: Friday, October 31, 2008 7:30 AM
To: Jim Dara
Cc: Jeff Beis; Rick Weidinger; Rob Sim; Adil Shafi
Subject: Re: Bolt Bin Picking

Jim,

To add to Jeff's comments below,

Cylindrical parts bin picking (completely random) has been achieved in RELIABOT.

I have uploaded a movie to our public FTP site.

Address: ftp1.ftptoyoursite.com <ftp://ftp1.ftptoyoursite.com/>
UN: brhicust20
PW: cu5t2031

It is called "random rings bin picking".

As ususal, we need proper pictorial data to compare "apples to apples"

to make bin picking capability statements.

The exact specs on pictorial information needed is also at the FTP site.

The file that explains the picture gathering is called RELIABOT_Bin_Picking.pdf

Please request Mr. Osborn to supply pictorial information for candidate Bolts Bin Picking.

FYI, Joe Campbell, my mentor from 1990, has recently joined ABB

RE: Bolt Bin Picking

as their VP of Sales and Marketing.

Regards, Adil

Jim:

For eVF RBP we do not currently have this capability. It is slated as our "next big thing" for RBP. We have started development, but only just. Of course we have plenty of good bin-picking infrastructure, but the vision algorithms need some work for this part geometry.

Do you know if this is truly random bin picking? Can we see the video? Are there lasers or other hardware in use besides a single camera?

Thanks,

Jeff

Jeffrey S. Beis

Robotic Vision Scientist
Braintech Inc.

jbeis@braintech.com
604-988-6440 x278
www.braintech.com

---

From: Jim Dara
Sent: Thursday, October 30, 2008 2:19 PM
To: Adil Shafi; Jeff Beis
Cc: Rick Weidinger
Subject: Bolt Bin Picking

Jeff, Adil - received a call from Jerry Osborn at ABB today requesting an update of status on bolt bin picking. They have seen a video of bolt bin picking on a Motoman robot running at 2 second part-part cycle time using a fixed overhead camera for vision (no vision cycle time per se). Can you please advise status of eVF and Reliabot respectively for these types of applications.

Regards,

RE: Bolt Bin Picking

Jim Dara

Braintech Industrial Inc. - Intelligent Vision

248 219 9400

jimdara@braintech.com

www.braintech.com

| Product Readiness Table 091608.xls | Content-Description: | Product Readiness Table 091608.xls |
|---|---|---|
| | Content-Type: | application/vnd.ms-excel |
| | Content-Encoding: | base64 |

| Products | Price | | Status (Beta, Testing, Limited Release, Full Release, Installed) | Supportability (Internal Resources, Certified Partners, Documentation) | Target Customers (Robot OEMs, S/I Partners, Vision Providers, End Users) | Unit Estimate | Revenues Projection | | Time to Market (months) | Time To Revenues (months) | Actions: |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bin Picking 3D | $ | 15,000 | Installed Base | System Integrator Partners, OEM | OEMs, Integrators, End Users | 50 | $ | 750,000 | 0 | 6 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| Bolt Picking | $ | 15,000 | Installed Base | System Integrator Partners, OEM | OEMs, Integrators, End Users | 50 | $ | 750,000 | 0 | 6 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| Bin Picking 2D | $ | 7,500 | Installed Base | System Integrator Partners, OEM | OEMs, Integrators, End Users | 50 | $ | 375,000 | 0 | 3 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| AutoRacking 2D | $ | 5,000 | Installed Base | System Integrator Partners, OEM | OEMs, Integrators, End Users | 25 | $ | 125,000 | 0 | 3 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| AutoRacking 3D | $ | 10,000 | Installed Base | System Integrator Partners, OEM | OEMs, Integrators, End Users | 25 | $ | 250,000 | 0 | 3 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| Measurement 3D | $ | 10,000 | Installed Base | System Integrator Partners, OEM | Installed Base, 350M | 25 | $ | 250,000 | 0 | 3 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| Measurement 2D | $ | 5,000 | Installed Base | System Integrator Partners, OEM | Installed Base, 350M | 25 | $ | 125,000 | 0 | 3 | Understand Reliabot, Confirm Scalable, Identify Turn-key Ready Partners, Contact and visit non-automotive Reliabot Purchasers of last 3 years |
| BVL2D | $ | 750 | September | Internal | Robot, Vision OEMS | 500 | $ | 375,000 | 1 | 9 | Who are targeted customers? What is required to productize and market? |
| MotoSony | $ | 1,000 | Obligation by Dec 08 | Have Design. Need Internal Resources. | Motoman Customers | 50 | $ | 50,000 | 1 | 6 | What is technical commitment and required deliverable. Is this exclusive to Motoman and what is market potential? |
| SC3D | $ | 20,000 | Installed ABB | ABB | Robot, System Integrators, End Users | 50 | $ | 1,000,000 | 3 | 9 | KUKA-November // Moto-January // Fanuc-March |
| RBP | $ | 30,000 | ABB Beta | ABB | Robot, System Integrators, End Users | 12 | $ | 360,000 | 3 | 9 | KUKA-November // Moto-January // Fanuc-March |
| IDM2.5D | $ | 10,000 | Installed ABB | ABB | Robot, System Integrators, End Users | 25 | $ | 250,000 | 3 | 9 | KUKA-November // Moto-January // Fanuc-March |
| Xi2D | $ | 3,500 | Installed ABB | ABB | Robot, System Integrators, End Users | 50 | $ | 175,000 | 3 | 9 | KUKA-November // Moto-January // Fanuc-March |
| GMD | | | | | | | $ | 1,420,000 | 6 | 9 | ARA, AWA, PPL other |
| Consumer | | | | | | | $ | 962,500 | 12 | 12 | Lego, TBD |
| Estimated Annual Sevices | | | | | | | $ | 750,000 | 3 | 3 | All partners & customers |
| | | | | | | 937 | $ | 7,967,500 | | | |