DEFENDANT'S EXHIBIT 281

Sales Plan Review

**Subject:** Sales Plan Review
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Sun, 2 Nov 2008 12:56:46 -0500
**To:** "Adil Shafi" <ashafi@braintech.com>, "Jim Dara" <jimdara@braintech.com>, "Pete Manias" <pmanias@braintech.com>, "Remus Boca" <rboca@braintech.com>

Sales Team,

Please plan to be in our offices in Northern Virginia on Friday, November 7, 2008 to present, discuss and review our Sales Plan for 2009.

We will begin at 930 AM and carrying on through the day until approximately 4 pm.

Best, Rick Weidinger