ADM : Regarding Health Care Bills

**DEFENDANT'S EXHIBIT 286**

**Subject:** ADM : Regarding Health Care Bills
**From:** "Donna Burr" <dburr@braintech.com>
**Date:** Wed, 5 Nov 2008 10:52:47 -0800
**To:** "Adil Shafi" <ashafi@braintech.com>

Adil,

Per your questions for Heather ,

The November premium has been paid.
The bill for Sara has not been paid yet. Heather is waiting to hear back from Rick.

Donna