DEFENDANT'S EXHIBIT 288

Friday Sales Plan Meeting

**Subject:** Friday Sales Plan Meeting
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Thu, 6 Nov 2008 18:40:12 -0500
**To:** "Adil Shafi" <ashafi@braintech.com>

Adil,

I hope you are feeling better. We need to know if you are coming in for your presentation of the Sales Plan. We need to know this evening. It is past close-of-business and I requested that you call me directly and I have no reply either verbally or otherwise.

We are depending on you to be here and have committed resources for such including individuals' time.

Best, Rick