DEFENDANT'S EXHIBIT 290

Fanuc robot

**Subject:** Fanuc robot
**From:** "Remus Boca" <rboca@braintech.com>
**Date:** Sun, 9 Nov 2008 17:22:48 -0800
**To:** "Adil Shafi" <ashafi@braintech.com>
**CC:** "Rick Weidinger" <rick@weidingerfamily.com>

Hi Adil,

Do you have any news about Aptura – Siemens development? Thinking more about finalizing this development and getting paid, why Shafi wants Aptura to redevelop the Fanuc communication module for Reliabot? It is my understanding that Siemens smart camera would talk to a RELIABOT PC and RELIABOT PC would talk to the robot controller. And based on my understanding from past emails and your statements, Reliabot already has Fanuc communication capabilities.

As you know, we are getting close to release WATW at the end of this month for 4 robots: ABB, KUKA, MOTOMAN, and FANUC.
One of the reason we acquired Shafi was to take advantage of the existing multi robot communication modules in RELIABOT: 15 robot manufacturers, 22 robot controllers. Based on the source code that you provided, we were not able to identify the 15 robot manufacturer and 22 robot controllers, we were able to identify ourselves only communication for ABB, Adept, Fanuc, Kawasaki, Motoman, Nachi, Staubli. We would like to extend WATW to other robot manufacturers and controllers and the existing RELIABOT robot communication could help in this regard. Could you provide the 15 robots and 22 controllers' robot communication software existing in RELIABOT?

Best regards,

Remus Boca

*Chief Scientist*
**Braintech Inc.**
P. 604-988-6440 x235
rboca@braintech.com