DEFENDANT'S EXHIBIT 294

Welcome Back - Meetings this week

**Subject:** Welcome Back - Meetings this week
**From:** "Rick Weidinger" <rick@weidingerfamily.com>
**Date:** Mon, 10 Nov 2008 09:02:24 -0500
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>

Adil,

Plan to attend the following meetings this week with me: these meetings take priority over anything else you do this week.

Tuesday November 11, 2008 - ESM at 2 pm ET. Call in information sent to you.

Wednesday November 12, 2008 - Board Call at 1pm ET for 3rd qtr audit approval. Call in information sent to you.

Friday November 14, 2008 – in Virginia Office for your Sales Plan Presentation [reschedule] at 10 AM ET.

I tried reaching you via email and phone last Thursday and Friday without response. I hope you are feeling better.

See you on Friday.

Rick