DEFENDANT'S EXHIBIT 299

RE: reliabot evaluation

**Subject:** RE: reliabot evaluation
**From:** "Remus Boca" <rboca@braintech.com>
**Date:** Mon, 10 Nov 2008 06:23:51 -0800
**To:** "Adil Shafi" <adil.shafi@shafiinc.com>
**CC:** "Rick Weidinger" <rick@weidingerfamily.com>, "Rick Weidinger" <rweidinger@braintech.com>, "Jim Dara" <jimdara@braintech.com>, "Adil Shafi" <ashafi@braintech.com>

Hi Adil,

We need to get down to specifics for a balanced comparison and your written points would certainly help. It is a month since you received the report and I wonder if this should become a priority.

Best regards,

Remus

---

**From:** Adil Shafi [mailto:adil.shafi@shafiinc.com]
**Sent:** Monday, November 10, 2008 5:46 AM
**To:** Remus Boca
**Cc:** Rick Weidinger; Rick Weidinger; Jim Dara; Adil Shafi; Adil Shafi
**Subject:** Re: reliabot evaluation

Remus,

I disagree with many parts of this so called "evaluation"

since it is not an objective third party review,

and is written by people who know eVF well

and who do not know RELIABOT well.

I will write when I feel better and have time.

Regards, Adil


Hi Adil,

I hope everything is ok and you're doing well.

On the week of Oct 6th 2008 when you were in Vancouver, Babak gave you a Reliabot evaluation done in Vancouver. I didn't see or remember any response from your side regarding the Reliabot evaluation.
Could you send me your opinion about the Reliabot evaluation please?

Best regards,

Remus Boca

*Chief Scientist*
**Braintech Inc.**
P. 703-637-9755
rboca@braintech.com

RE: reliabot evaluation