

[Fwd: Medical bills : No Calls, No NVA Trip]

**Subject:** [Fwd: Medical bills : No Calls, No NVA Trip]
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**Date:** Thu, 13 Nov 2008 05:35:40 -0500
**To:** Rick Weidinger <rick@weidingerfamily.com>, Rick Weidinger <rweidinger@braintech.com>
**CC:** jmilton@braintech.com, Adil Shafi <adil.shafi@shafiinc.com>, Adil Shafi <ashafi@braintech.com>

-------- Original Message --------
**Subject:** Medical bills : No Calls, No NVA Trip
**Date:** Tue, 11 Nov 2008 11:20:45 -0500
**From:** Adil Shafi <adil.shafi@shafiinc.com>
**To:** Rick Weidinger <rick@weidingerfamily.com>, Rick Weidinger <rweidinger@braintech.com>
**CC:** Jim Dara <JimDara@braintech.com>, Remus Boca <rboca@braintech.com>, Babak Habibi <bhabibi@braintech.com>, Heather Greenlay <HGreenlay@braintech.com>, Donna Burr <DBurr@braintech.com>, Adil Shafi <adil.shafi@shafiinc.com>, Adil Shafi <ashafi@braintech.com>

Rick,

These are two new promises that you are breaking.

The list of your broken promises is getting long.

Our family health insurance is not in effect.

My wife just checked again today.

I cannot go see a doctor even though I have been sick since Wednesday : five days.

The other bill was to be covered in the 8.6K DS reserve.  We had agreed to it.

I am still sick today but have some energy and will go to PackExpo

knowing that I will get worse when I come back on Wednesday or Thursday.

But all calls that you have requested this week are cancelled.

We can continue after you reinstate your promises.

You need to learn to keep your promises.

This is a repeat of the time when you ignored my travel expenses for weeks.

Also I will be very sick by the time I get back and so I will not come to Virginia on Friday.

We can resume after these two bills are paid; probably next week.

[Fwd: Medical bills : No Calls, No NVA Trip]

Aside from trying to work with Aptura, HTE, Acquire, Sony, Matrix, Motoman, Microscan

and related companies at the PackExpo, Dan Reed and I may go to Rochester Metal Products.

Jim Dara will join us at the show tomorrow for the day.

I will, if I feel well, get back to you on several emails that I have received

and have thought through by now.  If I get time and energy I will continue

on other sales related writings.

The people that you have made offers to : Kevin Geshel and Elsie White have not heard

from you in more than several days; I believe Kevin was promised a response in one day.

Please refer to my related emails on how this and other decisions like this

on your part are affecting Braintech.

Adil Shafi

-------- Original Message --------
        **Subject:**RE: Medical bills
           **Date:**Mon, 10 Nov 2008 09:36:50 -0800
          **From:**Heather Greenlay <hgreenlay@braintech.com>
              **To:**Adil Shafi <adil.shafi@shafiinc.com>
              **CC:**Rick Weidinger <rick@weidingerfamily.com>
**References:**<102D33EF0418DD4E9188D6096396A68D404A57@RWFEXCH.rwf.local>

Hi Adil,

Sorry you are still not feeling well.

Here is the response discussed with Rick in regards to your two medical issues:

1. Blue Cross – This bill has been paid. The Canada expresspost to the US took a couple days longer than anticipated, so it arrived there on Tuesday Nov 4th. The payment has been processed by Blue Cross and has cleared our bank. Your coverage is technically not cancelled when payment hasn't been received; it just means you will need to be reimbursed by Blue Cross for any expenses incurred until the payment has been processed. My apologies for any mailing delays.

2. St. Joseph Mercy Hospital – This bill is not covered by Braintech. As per your employment agreement, Braintech is obligated to pay your personal Blue Cross premium until you are eligible for Braintech's Blue Cross plan. We paid your Blue Cross bills as per your personally chosen plan for September, October, and November. Rick has indicated that there was no agreement to deduct

[Fwd: Medical bills : No Calls, No NVA Trip]

these types of expenses from the Blue Cross line item in the debt schedule. This item was for past debt, not new amounts incurred past the acquisition date. We would like to help, however, if there are any cash flow issues with you paying the bill on time. We would be happy to pay it now, and deduct the amount from either future payroll or expense reimbursements you submit. Please let me know if that is what you would like to do.

**Heather Greenlay, CMA**
*Accounting Manager*
**Braintech Inc.**
E. hgreenlay@braintech.com
P. 604-988-6440 x206
F. 604-986-6131
W. www.braintech.com

---

**From:** Rick Weidinger [mailto:rick@weidingerfamily.com]
**Sent:** Monday, November 10, 2008 5:51 AM
**To:** Heather Greenlay
**Subject:**

I did not go to a doctor because our family health insurance was cancelled because Braintech did not pay our premium on time. I have been treating myself with over the counter drugs like Theraflu and Nyquil.

Rick please resolve my daughter's medical test bill ASAP. This was sent to you a few weeks ago. This is one of those bills that was to be paid from the approximately $8,000 reserve in the DS if our individual family coverage did not cover it. Our Braintech group plan is not in effect yet.

Heather, please put me down for three sick days (Thursday, Friday last week) and (Monday today).

I feel drugged and nauseated from these over the counter drugs