

**DEFENDANT'S EXHIBIT 315**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAINTECH, INC., a Nevada corporation,

    Plaintiff/Counter-Defendant,

v.

ADIL SHAFI, an individual,

    Defendant/Counter-Plaintiff,
    Third-Party Plaintiff,

v.

FREDERICK WEIDINGER, an individual,

    Third-Party Defendant.

_____/

Case No. 09-10454

Hon. Victoria A. Roberts

## ADIL SHAFI'S RESPONSE TO BRAINTECH, INC.'S FIRST REQUESTS FOR ADMISSION

Defendant, Adil Shafi, through its attorneys, Berry Moorman P.C., in response to Braintech Inc.'s First Requests for Admission, avers as follows:

### REQUESTS FOR ADMISSION

**REQUEST TO ADMIT NO. 1:**

Admit that the information relating to Reliabot that is contained on the Product Readiness Table, attached hereto as Exhibit 1, was provided to Braintech by Adil Shafi.

**RESPONSE:**

Denied.

RESPONSE:

Admitted.

REQUEST TO ADMIT NO. 61:

Admit that on October 1, 2008, representatives of Braintech instructed Adil Shafi to cease informing creditors that Braintech had assumed SI's liabilities.

RESPONSE:

Denied.

REQUEST TO ADMIT NO. 62:

Admit that you have deleted Braintech emails.

RESPONSE:

Admitted.

REQUEST TO ADMIT NO. 63:

Admit that you have deleted SI or SII emails.

RESPONSE:

Admitted.

REQUEST TO ADMIT NO. 64:

Admit that you have destroyed Braintech paper documents.

RESPONSE:

Denied.

Respectfully submitted,

BERRY MOORMAN P.C.

By:   s/James P. Murphy
     James P. Murphy (P36728)
     Attorneys for Defendant
     535 Griswold, Suite 1900
     Detroit, Michigan 48226
     (313) 496-1200
     murph@berrymoorman.com

Dated: September 28, 2009