## **INDEX OF EXHIBITS**

    A.    Excerpts of deposition of Adil Shafi
    B.    Email exchange with Court Reporter
    C.    Shafi Initial Disclosures regarding damages
    D.    Shafi Amended Initial Disclosures regarding damages