**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ADIL SHAFI,

    Counter -Plaintiff(s),

vs                                                               Case No: 09-10454
                                                                     Honorable Victoria A. Roberts

BRAINTECH, INC.,
    Counter-Defendant(s),
_____/

**NOTICE OF TELEPHONE CONFERENCE ON PENDING MOTION**

RE:    COUNTER-PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY

    The Court received the above motion. The moving party must immediately contact other counsel of record to find a convenient time within the next three (3) days to hold a telephone conference with the Court.  After checking schedules, the moving party must contact my secretary, Linda Vertriest, to arrange a conference.  After this telephone conference, the Court will determine the necessity for more formal consideration of the motion.

    Do not file a response to this motion before the telephone conference.  And no party can file additional motions at this time.  If time permits, the Court will discuss other issues during the telephone conference.

                                                                       /s/ Victoria A. Roberts
                                                                       Victoria A. Roberts
Dated: August 8, 2013                                  United States District Court Judge

**NOTE:**  The Court  will consider the assessment of reasonable expenses incurred in making the motion, including attorney fees, if this motion is not resolved before the telephone conference.  Such assessment will be made  if concurrence was sought before the motion was filed and continues to be unreasonably withheld at the time of the telephone conference.
_____

**CERTIFICATE OF SERVICE**

I certify that a copy of this notice was served upon  on the above date by electronic filing or fax.

                                                                      s/ Richard Loury
                                                                       Deputy Clerk