UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**************

| | |
|---|---|
| ADIL SHAFI, | Case No. 2:09-cv-10454 |
| Counter-Plaintiff, | Honorable Victoria A. Roberts |
| Vs. | |
| BRAINTECH, INC., | |
| Counter-Defendant. | |

_____/

| | |
|---|---|
| T. Michael Doyle (P12931) | Ann Bagno Widlak (P35763) |
| DOYLE & MALINZAK, P.C. | Susan D. Koval (P59297) |
| Attorney for Counter-Plaintiff | NEMETH BURWELL |
| 45 Blue Star Highway | Attorney for Counter-Defendant |
| Douglas, Michigan 49406 | 200 Talon Centre Drive, Suite 200 |
| (269) 857-3111 | Detroit, Michigan 48207-5199 |
| | (313) 576-5921 |

_____/

### STIPULATED ORDER GRANTING COUNTER-PLAINTIFF ADIL SHAFI'S MOTION FOR EXTENSION OF TIME TO FILE HIS RESPONSE IN OPPOSITION TO COUNTER-DEFENDANT BRAINTECH, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE ALTERNATIVE, FOR NEW TRIAL

IT IS ORDERED that Counter-Plaintiff Adil Shafi's Motion for Extension of Time to File His Response to Counter-Defendant Braintech, Inc.'s Renewed Motion for Judgment as a Matter of Law, or, in the Alternative, for New Trial is GRANTED. Counter-Plaintiff must file his response brief by Tuesday, August 27, 2013.

                                                             /s/ Victoria A. Roberts
                                                             Victoria A. Roberts
                                                             District Court Judge

APPROVED:

*/s/ Susan D. Koval*
Susan D. Koval (P59297)


*/s/ T. Michael Doyle*
T. Michael Doyle (P12931)